| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP<br>Evan D. Smiley, esmiley@wgllp.com, State Bar No. 161812<br>Kyra E. Andrassy, kandrassy@wgllp.com, State Bar No. 207959<br>650 Town Center Drive, Suite 950<br>Costa Mesa, CA 92626<br>Telephone: (714) 966-1000<br>Facsimile: (714) 966-1002<br><br>*Attorney for* Evans Dedicated Systems, Inc., Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>EVANS DEDICATED SYSTEMS, INC., a California corporation,<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER 2:10-bk-10354-TD<br>DATE: 06/30/10<br>TIME: 10:00 a.m.<br>COURTROOM: 1345 |
|---|---|

**STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 4001-2**
**(CASH COLLATERAL STIPULATIONS)**
**(Secured Creditor: Engs Motor Truck Co. )**

The Debtor, through a separately filed motion, has requested the approval of a stipulation providing for the use of cash collateral, or post-petition financing, or both. Attached to the motion as Exhibit 1 is a true and correct copy of the agreement for use of cash collateral or post-petition financing (the "Agreement"), which Agreement contains the following provisions:

| | **Description of Provision** | **Page No:** | **Line No. (If Applicable)** |
|---|---|---|---|
| ☐ | Cross-collateralization clauses | N/A | |
| ☐ | Provisions or findings of fact that bind the estate or all parties in interest with respect to the validity, perfection or amount of the secured party's lien or debt | N/A | |
| ☐ | Provisions or findings of fact that bind the estate or all parties in interest with respect to the relative priorities of the secured party's lien and liens held by persons who are not party to the stipulation, or which create a lien senior or equal to any existing lien | N/A | |
| ☐ | Waivers of 11 U.S.C. § 506(c), unless the waiver is effective only during the period in which the debtor is authorized to use cash collateral or borrow funds | N/A | |
| ☐ | Provisions that operate, as a practical matter, to divest the debtor in possession of any discretion in the formulation of a plan or administration of the estate or to limit access to the court to seek any relief under other applicable provision of law | N/A | |
| ☐ | Releases of liability for the creditor's alleged prepetition torts or breaches of contract | N/A | |
| ☐ | Waivers of avoidance actions arising under the Bankruptcy Code | N/A | |

(Continued on next page)

---

This form is optional. It has been approved for use by the U.S. Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                     F 4001-2

Statement Pursuant to Local Bankruptcy Rule 4001-2 (Cash Collateral Stipulations) - *Page 2 of* 2   **F 4001-2**

| In re (SHORT TITLE) EVANS DEDICATED SYSTEMS, INC., a California corporation, Debtor(s). | CHAPTER: 11 CASE NO.: 2:10-bk-10354-TD |
|---|---|

| | Description of Provision | Page No: | Line No. (If Applicable) |
|---|---|---|---|
| ☐ | Automatic relief from the automatic stay upon default, conversion to chapter 7, or appointment of a trustee | N/A | |
| ☐ | Waivers of procedural requirements, including those for foreclosure mandated under applicable non-bankruptcy law, and for perfection of replacement liens | N/A | |
| ☐ | Adequate protection provisions which create liens on claims for relief arising under 11 U.S.C. §§ 506(c), 544, 545, 547, 548 and 549 | N/A | |
| ☐ | Waivers, effective on default or expiration, of the debtor's right to move for a court order pursuant to 11 U.S.C. § 363(c)(2)(B) authorizing the use of cash collateral in the absence of the secured party's consent | N/A | |
| ☐ | Provisions that grant a lien in an amount in excess of the dollar amount of cash collateral authorized under the applicable cash collateral order | N/A | |
| ☐ | Provisions providing for the paying down of prepetition principal owed to a creditor | N/A | |
| ☐ | Findings of fact on matters extraneous to the approval process | N/A | |

Dated: 06/08/10

Kyra E. Andrassy
*Type Name*

*Signature*

This form is optional. It has been approved for use by the U.S. Bankruptcy Court for the Central District of California.

January 2009    **F 4001-2**

| In re: EVANS DEDICATED SYSTEMS, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-10354-TD |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, CA 92626**

A true and correct copy of the foregoing document described **STATEMENT PURSUANT TO LOCAL BANKRUPTCY RULE 4001-2 (CASH COLLATERAL STIPULATIONS) (SECURED CREDITOR: ENGS MOTOR TRUCK CO.)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 22, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kyra E Andrassy    kandrassy@wgllp.com
Beth Gaschen    bgaschen@wgllp.com
Dare Law    dare.law@usdoj.gov
Evan D Smiley    esmiley@wgllp.com
James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 22, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 22, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas Donovan, Ctrm. 1345, Suite 1352
Edward R. Roybal Building
255 East Temple Street
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 22, 2010 | Margaret Sciesinski | /s/ Margaret Sciesinski |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 9013-3.1**

| In re: EVANS DEDICATED SYSTEMS, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-10354-TD |

### I. SERVED BY U.S. MAIL

Engs Motor Truck Co.
Attn: John Engs, President
2420 Camino Ramon, Suite 112
San Ramon, CA 94583

James A. Tiemstra
Law Offices of James A. Tiemstra
Tribune Tower, 15th Floor
409 Thirteenth Street
Oakland, CA 94612

Jay Smith, Esq.
Adrian Barnes, Esq.
Gilbert & Sackman
3699 Wilshire Blvd. Suite 1200
Los Angeles, CA 90010
Attorneys for United Steel Workers

### 20 LARGEST

ABC BATTERY
ATTN: LYNN SHEEK
10810 GARFIELD AVE.
SOUTH GATE, CA 90280

ALTERNATIVE HOSE, INC.
ATTN: JULIE CASEY
1251 SUNSHINE WAY
ANAHEIM, CA 92806

AMERICAN MOVING PARTS
ATTN: ARELY BORJA
695 S. SANTA FE AVE.
LOS ANGELES, CA 90021

ANTONIO M. LAWSON, ESQ.
160 FRANKLIN STREET, SUITE 204
OAKLAND, CA 94607

ARAMARK UNIFORM SERVICES
ATTN: ACCOUNT RECEIVABLE
115 N FIRST STREET
BURBANK, CA 91502

BEALL CORPORATION
ATTN: CHERYL DAVIDOVICH
P.O. BOX 4687
PORTLAND, OR 97208-4687

BRIDGESTONE AMERICAS
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 100411
PASADENA, CA 91189-0411

DRAKE SUPPLY COMPANY
ATTN: TAMMY CARMONA
3006 RED HAT LANE
CITY OF INDUSTRY, CA 90601

FRANKLIN TRUCK PARTS, INC.
ATTN: BECKY TANNER
6925 BANDINI BLVD.
COMMERCE, CA 90040

INLAND KENWORTH, INC.
ATTN: MARTHA MEDEI
9730 CHERRY AVENUE
FONTANA, CA 92355

J & L TANK COMPANY
ATTN: PATTY MICISCHIA
5415 MARTIN L. KING BLVD.
LYNWOOD, CA 90262

JERRY N. BUDIN, ESQ.
2401 E. ORANGEBURG AVE.
SUITE 675-309
MODESTO, CA 95355

LOS ANGELES FREIGHTLINER
ATTN: MARTHA SERRANO
P.O. BOX 60816
LOS ANGELES, CA 90060-0816

MICHELIN NORTH AMERICA, INC
ATTN: MAIA PEROTT
12398 COLLECTIONS CENTER DR.
CHICAGO, IL 06069-3000

PARAMOUNT TANK, INC.
ATTN: LOTTIE SANGER
14066 ORANGE AVE.
PARAMOUNT, CA 90723

PARKHOUSE TIRE, INC.
ATTN: TERRY ESTRADA
P.O. BOX 2430
BELL GARDENS, CA 90202

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                     F 9013-3.1

| In re: EVANS DEDICATED SYSTEMS, INC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:10-bk-10354-TD |

SOURCEONE OFFICE PRODUCTS
ATTN: ED GERBERSHAGEN
12434 BELLFLOWER BLVD.
DOWNEY, CA 90242

UNIFIRST CORPORATION
ATTN: ACCOUNTS RECEIVABLE
16434 PIONEER BLVD.
NORWALK, CA 90650

WELD-IT INDUSTRIES
ATTN: MICHELL
4477 SHIELA STREET
LOS ANGELES, CA 90023

WESTERN PACIFIC PRODUCTS, INC.
ATTN: KIM HARRIS
2286 DEL MONTE STREET
W SACRAMENTO, CA 95691

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           F 9013-3.1