| Attorney or Party Name, Address and Telephone Number: | FOR COURT USE ONLY |
|---|---|
| **WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP**<br>Evan D. Smiley, State Bar No. 161812<br>esmiley@wgllp.com<br>Beth E. Gaschen, State Bar No. 245894<br>bgaschen@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000; Facsimile: (714) 966-1002<br>Counsel for the Debtor and Debtor-in-Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>EVANS DEDICATED SYSTEMS, INC., a California corporation,<br><br>Debtor and Debtor-in-Possession. | CHAPTER 11 CASE NUMBER<br>2:10-bk-10354-TD<br><br>NOTICE OF PROFESSIONAL FEE STATEMENT AND PROFESSIONAL FEE STATEMENT<br>NUMBER: 1<br>PERIOD: February 1 - May 31, 2010 |
|---|---|

1. Name of professional: Weiss Accountancy Corporation
2. Date of entry of order approving employment of the professional: Pending
3. Initial retainer received by professional: None
4. Total amount of services and expenses this reporting period: $16,935.00

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE OFFICE OF THE UNITED STATES TRUSTEE AND THE DEBTOR. A COPY OF THIS FEE STATEMENT (WITHOUT EXHIBIT) HAS BEEN SERVED ON THE 20 LARGEST CREDITORS AND THOSE PARTIES WHO HAVE REQUESTED SPECIAL NOTICE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP ("FIRM"), TO ANY PARTY UPON REQUEST. FEES WILL BE REIMBURSED IN THE AMOUNT STATED IN ITEM 4 ABOVE UNLESS AN OBJECTION IS SERVED ON THE FIRM WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

5. Total number of pages attached hereto: 4

The above is a true and correct statement of fees earned during the indicated reporting period.

Dated: July 16, 2010

WEISS ACCOUNTANCY CORPORATION
(Name of Professional)

JAMES S. WALKER
(Signature of Professional)

September 1994                                                                                     PROFESSIONAL FEE STATEMENT

CBM\PROFSTMT\EVA01-2.WEISS#1

**Weiss Accountancy Corporation**
16217 Kittridge Street
Van Nuys, California 91406
(818) 997-7712    FAX (818) 786-4271

Mark D. Weiss, C.P.A. (1970-2000)
Mitchell Weiss, C.P.A.
Steven J. Grossinger, C.P.A.

Scott J. Weiss, C.P.A.
James S. Walker, C.P.A.

Evans Dedicated Systems, Inc.
6279 E. Slauson Avenue
Los Angeles, CA  90040

Invoice No.  32278
Client No.   3006                                        Date  2/28/2010

---

**Current Professional Services:**

Progress billing re: annual review service                      $   4,800.00

                                            Balance Due    $   4,800.00

EXHIBIT 1  PAGE 2

All invoices are due and payable upon presentation
Finance charge of 1% will be added to all past due balances

**Weiss Accountancy Corporation**
16217 Kittridge Street
Van Nuys, California 91406
(818) 997-7712   FAX (818) 786-4271

Mark D. Weiss, C.P.A. (1920-2000)
Mitchell Weiss, C.P.A.
Steven J. Grossinger, C.P.A.

Scott J. Weiss, C.P.A.
James S. Walker, C.P.A.

Evans Dedicated Systems, Inc.
6279 E. Slauson Avenue
Los Angeles, CA  90040

Invoice No.  32790
Client No.   3006                                       Date 3/31/2010

---

**Current Professional Services:**

| | |
|---|---:|
| Progress billing re: annual review service | $ 3,200.00 |
| Tax research and analysis of current year transactions, deduction for prior year expenses, and accrual for legal settlement ( including cost of outside tax counsel - 2.9 hours @ $490/hr = 1,420) | 2,970.00 |
| Balance Due | $ 6,170.00 |

EXHIBIT  1   PAGE  3

All invoices are due and payable upon presentation.
Finance charge of 1% will be added to all past due balances

# Weiss Accountancy Corporation
16217 Kittridge Street
Van Nuys, California 91406
(818) 997-7712   FAX (818) 786-4271

Mark D. Weiss, C.P.A. (1926-2000)
Mitchell Weiss, C.P.A.
Steven J. Grossinger, C.P.A.

Scott J. Weiss, C.P.A.
James S. Walker, C.P.A.

Evans Dedicated Systems, Inc.
6279 E. Slauson Avenue
Los Angeles, CA  90040

Invoice No.  33027
Client No.   3006

Date  4/30/2010

**Current Professional Services:**

| | |
|---|---|
| Progress billing re: annual review service engagement | $ 4,500.00 |
| Balance Due | $ 4,500.00 |

EXHIBIT  1   PAGE  4

All invoices are due and payable upon presentation.
Finance charge of 1% will be added to all past due balances

# Weiss Accountancy Corporation
16217 Kittridge Street
Van Nuys, California 91406
(818) 997-7712    FAX (818) 786-4271

Mark D. Weiss, C.P.A. (1020-2000)
Mitchell Weiss, C.P.A.
Steven J. Grossinger, C.P.A.

Scott J. Weiss, C.P.A.
James S. Walker, C.P.A.

Evans Dedicated Systems, Inc.
6279 E. Slauson Avenue
Los Angeles, CA  90040

Invoice No.  33447
Client No.   3006

Date  5/31/2010

**Current Professional Services:**

Progress billing re: annual review service engagement, including
research and analysis of application of new accounting standards
re: accounting for income taxes                                          $   1,465.00

                                                       Balance Due   $   1,465.00

EXHIBIT  1   PAGE  5

All invoices are due and payable upon presentation.
Finance charge of 1% will be added to all past due balances

| In re: | | CHAPTER: 11 |
|---|---|---|
| | **EVANS DEDICATED SYSTEMS, INC.** | |
| | Debtor(s). | CASE NUMBER: 10-10354 TD |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **NOTICE OF PROFESSIONAL FEE STATEMENT AND PROFESSIONAL FEE STATEMENT NUMBER 1** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 19, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **July 19, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 19, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas Donovan, 255 East Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 19, 2010 | Kelly M. Rivera | /s/ Kelly M. Rivera |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
0.0

**F 9013-3.1**

## SERVICE LIST

UNITED STATES TRUSTEE
ERNST & YOUNG PLAZA
725 SOUTH FIGUEROA ST., 26TH FL.
LOS ANGELES, CA 90017

MR. WILLIAM CULBERTSON
EVANS DEDICATED SYSTEMS, INC.
6279 E. SLAUSON AVE, SUITE 205
LOS ANGELES, CALIFORNIA
90040-3039
**DEBTOR**

**REQUEST FOR SPECIAL NOTICE**
JAMES E. TIEMSTRA
LAW OFFICES OF JAMES A. TIEMSTRA
TRIBUNE TOWER
409 THIRTEENTH ST., 15TH FLOOR
OAKLAND, CA 94612-2605
**ATTORNEYS FOR CREDITOR
ENG MOTOR TRUCK CO. DBA
ENGS COMMERCIAL FINANCE**

**20 LARGEST UNSECURED CREDITORS**
ABC BATTERY
ATTN: LYNN SHEEK
10810 GARFIELD AVE.
SOUTH GATE, CA 90280

ALTERNATIVE HOSE, INC.
ATTN: JULIE CASEY
1251 SUNSHINE WAY
ANAHEIM, CA 92806

AMERICAN MOVING PARTS
ATTN: ARELY BORJA
695 S. SANTA FE AVE.
LOS ANGELES, CA 90021

ANTONIO M. LAWSON, ESQ.
160 FRANKLIN STREET, SUITE 204
OAKLAND, CA 94607

ARAMARK UNIFORM SERVICES
ATTN: ACCOUNT RECEIVABLE
115 N FIRST STREET
BURBANK, CA 91502

BEALL CORPORATION
ATTN: CHERYL DAVIDOVICH
P.O. BOX 4687
PORTLAND, OR 97208-4687

BRIDGESTONE AMERICAS
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 100411
PASADENA, CA 91189-0411

DRAKE SUPPLY COMPANY
ATTN: TAMMY CARMONA
3006 RED HAT LANE
CITY OF INDUSTRY, CA 90601

FRANKLIN TRUCK PARTS, INC.
ATTN: BECKY TANNER
6925 BANDINI BLVD.
COMMERCE, CA 90040

INLAND KENWORTH, INC.
ATTN: MARTHA MEDEI
9730 CHERRY AVENUE
FONTANA, CA 92355

J & L TANK COMPANY
ATTN: PATTY MICISCHIA
5415 MARTIN L. KING BLVD.
LYNWOOD, CA 90262

JERRY N. BUDIN, ESQ.
2401 E. ORANGEBURG AVE.
SUITE 675-309
MODESTO, CA 95355

LOS ANGELES FREIGHTLINER
ATTN: MARTHA SERRANO
P.O. BOX 60816
LOS ANGELES, CA 90060-0816

MICHELIN NORTH AMERICA, INC
ATTN: MAIA PEROTT
12398 COLLECTIONS CENTER DR.
CHICAGO, IL 06069-3000

PARAMOUNT TANK, INC.
ATTN: LOTTIE SANGER
14066 ORANGE AVE.
PARAMOUNT, CA 90723

PARKHOUSE TIRE, INC.
ATTN: TERRY ESTRADA
P.O. BOX 2430
BELL GARDENS, CA 90202

SOURCEONE OFFICE PRODUCTS
ATTN: ED GERBERSHAGEN
12434 BELLFLOWER BLVD.
DOWNEY, CA 90242

UNIFIRST CORPORATION
ATTN: ACCOUNTS RECEIVABLE
16434 PIONEER BLVD.
NORWALK, CA 90650

WELD-IT INDUSTRIES
ATTN: MICHELL
4477 SHIELA STREET
LOS ANGELES, CA 90023

WESTERN PACIFIC PRODUCTS, INC.
ATTN: KIM HARRIS
2286 DEL MONTE STREET
W SACRAMENTO, CA 95691

Mailing Information for Case 2:10-bk-10354-TD
**Electronic Mail Notice List**

Kyra E Andrassy    kandrassy@wgllp.com
Beth Gaschen    bgaschen@wgllp.com
Dare Law    dare.law@usdoj.gov
Evan D Smiley    esmiley@wgllp.com
James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov