| Attorney or Party Name, Address and Telephone Number:<br>**WEILAND, GOLDEN,**<br>**SMILEY, WANG EKVALL & STROK, LLP**<br>Evan D. Smiley, State Bar No. 161812<br>esmiley@wgllp.com<br>Beth E. Gaschen, State Bar No. 245894<br>bgaschen@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000; Facsimile: (714) 966-1002<br>Counsel for the Debtor and Debtor-in-Possession | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>EVANS DEDICATED SYSTEMS, INC., a California corporation,<br><br>                Debtor and Debtor-in-Possession. | CHAPTER 11 CASE NUMBER<br>2:10-bk-10354-TD<br><br>NOTICE OF PROFESSIONAL FEE STATEMENT<br>AND PROFESSIONAL FEE STATEMENT<br>NUMBER: 5<br>PERIOD:   May 1 - 31, 2010 |

1.  Name of professional:                                                                Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm")
2.  Date of entry of order approving employment of the professional:   March 8, 2010
3.  Initial retainer received by professional:                                      $500,000.00
4.  Less: total amount of pre-petition services rendered and expenses:  $ 53,201.84
5.  Balance of funds remaining on petition date:                               $446,798.16
6.  Less fees and expenses per prior fee statements:                        $ 70,769.66
7.  Current retainer balance:                                                            $376,028.50
8.  Less: total amount of services and expenses this reporting period:  $ 30,980.30
9.  Balance of funds remaining for next reporting period:                  $345,048.20

---

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE OFFICE OF THE UNITED STATES TRUSTEE AND THE DEBTOR. A COPY OF THIS FEE STATEMENT (WITHOUT EXHIBIT) HAS BEEN SERVED ON THE 20 LARGEST CREDITORS AND THOSE PARTIES WHO HAVE REQUESTED SPECIAL NOTICE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE FIRM TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE PAID IN THE AMOUNT STATED IN ITEM 8 ABOVE UNLESS AN OBJECTION IS SERVED ON THE DEBTOR AND THE FIRM WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

---

10. Total number of pages attached hereto: 14

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.
Dated:      July 20, 2010

WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP            *Beth Gaschen*
(Name of Professional)                                                                     BETH E. GASCHEN
                                                                                                          (Signature of Professional)

September 1994                                 PROFESSIONAL FEE STATEMENT                                 REV. USED-6

**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
650 TOWN CENTER DRIVE - SUITE 950
COSTA MESA, CALIFORNIA 92626
714-966-1000 (TEL) 714-966-1002 (FAX)
WEBSITE: WWW.WGLLP.COM
TAX ID. 33-0670296**

JUNE 1, 2010

EVANS DEDICATED SYSTEMS, INC.                              OUR FILE: EVA01.0002
19516 ELDERWOOD CIRCLE
HUNTINGTON BEACH, CA 92648
C/O JUDY KALMIKOV

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010

RE:   CHAPTER 11
      INVOICE # 16268
      RESPONSIBLE ATTY: EVAN D. SMILEY

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/02/10 | BEG | PREPARATION OF MOTION TO EXTEND EXCLUSIVITY TO FILE PLAN AND SOLICIT VOTES | 0.10 | 320 | 32.00 |
| 05/02/10 | BEG | PREPARATION OF CHAPTER 11 STATUS CONFERENCE REPORT | 0.20 | 320 | 64.00 |
| 05/02/10 | BEG | REVIEW EXECUTED CBA | 0.10 | 320 | 32.00 |
| 05/03/10 | EDS | TELEPHONE CONFERENCE W/ JUDY RE REJECTION OF UNION CONTRACT WITH DRIVERS | 0.10 | 560 | 56.00 |
| 05/03/10 | BEG | REVIEW COURT DOCKET FOR OPPOSITIONS TO RELIEF FROM STAY MOTION | 0.10 | 320 | 32.00 |
| 05/03/10 | BEG | PREPARATION OF MOTION TO ASSUME CBA/APPROVE COMPROMISE | 0.20 | 320 | 64.00 |
| 05/03/10 | BEG | REVIEW AND ANALYSIS OF EMAILS REGARDING REJECTION OF REVISED CBA BY UNION; DISCUSS REJECTION OF CBA | 0.20 | 320 | 64.00 |
| 05/03/10 | BEG | CORRESPONDENCE TO DOUG HART AND CLIENT REGARDING REJECTION OF UNION CONTRACT | 0.10 | 320 | 32.00 |
| 05/03/10 | BEG | PREPARATION OF MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 1.40 | 320 | 448.00 |
| 05/03/10 | BEG | PREPARATION OF CHAPTER 11 STATUS REPORT | 1.20 | 320 | 384.00 |
| 05/03/10 | BEG | REVIEW AND REVISE CHAPTER 11 CASE STATUS REPORT | 0.40 | 320 | 128.00 |
| 05/03/10 | BEG | PREPARATION OF NOTICE OF HEARING ON MOTION TO EXTEND PLAN EXCLUSIVITY PERIODS | 0.20 | 320 | 64.00 |

EXHIBIT 1 PAGE 2

PAGE 2
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/03/10 | BEG | PREPARATION OF MOTION TO EXTEND PLAN EXCLUSIVITY DEADLINES | 0.60 | 320 | 192.00 |
| 05/03/10 | BEG | REVIEW NETTING AGREEMENT ISSUE WITH BP | 0.10 | 320 | 32.00 |
| 05/03/10 | BEG | TELEPHONE CONFERENCE W/ DOUG HART AND CLIENT REGARDING REJECTION OF CBA | 0.40 | 320 | 128.00 |
| 05/03/10 | PES | REVIEW AND ANALYSIS OF CASE AND REMOVED ADVERSARY BACKGROUND TO FORMULATE GOING-FORWARD CASE ADMINISTRATION STRATEGY (NO CHARGE) | 2.50 | | 0.00 |
| 05/03/10 | KEA | REVIEW AND REVISE CHAPTER 11 STATUS REPORT | 0.20 | 450 | 90.00 |
| 05/03/10 | KEA | REVIEW AND REVISE NETTING AGREEMENT WITH BP | 0.20 | 450 | 90.00 |
| 05/03/10 | KEA | REVIEW AND ANALYSIS OF REJECTION ISSUES IN LIGHT OF REJECTION OF AMENDMENTS TO CBA | 0.10 | 450 | 45.00 |
| 05/04/10 | EDS | TELEPHONE CONFERENCEW/DAVID RE USW REJECTION OF UNION CONTRACT | 0.30 | 560 | 168.00 |
| 05/04/10 | BEG | REVIEW AND REVISE ADDENDUM TO BP CONTRACT TO ADD NETTING AGREEMENT LANGUAGE | 0.10 | 320 | 32.00 |
| 05/04/10 | BEG | PREPARATION OF MOTION FOR EXTENSION OF PLAN EXCLUSIVITY DEADLINES | 1.70 | 320 | 544.00 |
| 05/04/10 | BEG | TELEPHONE CALL FROM J. KALMIKOV REGARDING AMENDED TAX RETURN | 0.10 | 320 | 32.00 |
| 05/04/10 | BEG | REVIEW AND REVISE MOTION TO EXTEND PLAN EXCLUSIVITY PERIODS | 0.80 | 320 | 256.00 |
| 05/04/10 | KEA | REVIEW AND EXECUTE DECLARATION OF NONOPPOSITION TO EMPLOYMENT OF SHEPPARD MULLIN AND REVIEW ORDER BEFORE SAME IS UPLOADED | 0.10 | 450 | 45.00 |
| 05/04/10 | CMY | PREPARATION OF MOTION TO ASSUME LEASES | 2.30 | 220 | 506.00 |
| 05/04/10 | CMY | TELEPHONE CALL TO CLIENT RE: INFORMATION NEEDED ON LEASES | 0.10 | 220 | 22.00 |
| 05/04/10 | CMY | TELEPHONE CALL FROM JUDY KALMIKOV RE: REQUIREMENT TO NOTICE STATE OF CHAPTER 11 FILING | 0.10 | 220 | 22.00 |
| 05/04/10 | CMY | TELEPHONE CALL FROM CLIENT RE: DATES SET FORTH IN STATUS REPORT FOR ADVERSARY PROCEEDING | 0.10 | 220 | 22.00 |
| 05/04/10 | CMY | INQUIRY WITH ATTORNEY GASCHEN RE DATES SPECIFIED IN STATUS REPORT FOR ADVERSARY PROCEEDING | 0.10 | 220 | 22.00 |

EXHIBIT 1  PAGE 3

PAGE 3
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/05/10 | CBM | PREPARATION OF APRIL FEE STATEMENT | 0.10 | 220 | 22.00 |
| 05/05/10 | BEG | REVIEW AND EXECUTE CHAPTER 11 CASE REPORT | 0.30 | 320 | 96.00 |
| 05/05/10 | BEG | REVIEW AND REVISE MOTION TO ASSUME LEASES | 1.00 | 320 | 320.00 |
| 05/05/10 | BEG | REVIEW AND REVISE MOTION TO EXTEND EXCLUSIVITY | 0.10 | 320 | 32.00 |
| 05/05/10 | BEG | CORRESPONDENCE TO CLIENT REGARDING AMENDMENT TO MOTOR AGREEMENT TO INCLUDE NETTING LANGUAGE | 0.10 | 320 | 32.00 |
| 05/05/10 | KEA | REVIEW AND REVISE EXCLUSIVITY EXTENSION MOTION | 0.20 | 450 | 90.00 |
| 05/05/10 | BEG | REVIEW AND REVISE MOTION TO EXTEND PLAN EXCLUSIVITY DEADLINES | 0.10 | 320 | 32.00 |
| 05/05/10 | BEG | REVIEW AND REVISE NOTICE OF MOTION TO EXTEND PLAN EXCLUSIVITY DEADLINES | 0.30 | 320 | 96.00 |
| 05/05/10 | BEG | REVIEW AND REVISE MOTION TO ASSUME LEASES | 1.30 | 320 | 416.00 |
| 05/05/10 | BEG | REVIEW AND REVISE NOTICE OF HEARING ON MOTION TO ASSUME LEASES | 0.10 | 320 | 32.00 |
| 05/05/10 | BEG | REVIEW AND EXECUTE MOTION TO EXTEND EXCLUSIVITY DEADLINES | 0.20 | 320 | 64.00 |
| 05/05/10 | BEG | TELEPHONE CALL FROM J. KALMIKOV RE MOTION TO ASSUME LEASES | 0.10 | 320 | 32.00 |
| 05/05/10 | BEG | TELEPHONE CALL TO J. KALMIKOV RE MOTION TO ASSUME LEASES | 0.10 | 320 | 32.00 |
| 05/05/10 | CMY | PREPARATION OF MOTION TO ASSUME LEASES | 1.90 | 220 | 418.00 |
| 05/05/10 | CMY | COMPILE EXHIBITS FOR MOTION TO ASSUME LEASES | 0.60 | 220 | 132.00 |
| 05/05/10 | KEA | REVIEW AND REVISE LEASE ASSUMPTION MOTION | 0.40 | 450 | 180.00 |
| 05/06/10 | PES | REVIEW AND ANALYSIS OF CHAPTER 11 CASE STATUS REPORT | 0.20 | 530 | 106.00 |
| 05/06/10 | PES | REVIEW AND ANALYSIS OF DEBTOR'S PLAN EXCLUSIVITY EXTENSION MOTION | 0.20 | 530 | 106.00 |
| 05/06/10 | PES | REVIEW AND ANALYSIS OF DEBTOR'S MOTION TO ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES | 0.20 | 530 | 106.00 |
| 05/06/10 | PES | STRATEGIZE RE PARAMETERS OF MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.20 | 530 | 106.00 |
| 05/06/10 | CMY | TELEPHONE CALL FROM JUDY KALMIKOV RE: DISCRIMINATION LAWSUIT AND PRE-PETITION CLAIMS | 0.10 | 220 | 22.00 |

EXHIBIT 1 PAGE 4

PAGE 4
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/10/10 | EDS | REVIEW SIMONS MEMO OF P&AS ON REMAND -SIMONS ACTION | 0.50 | 560 | 280.00 |
| 05/10/10 | EDS | REVIEW AND REVISE MOTION TO REJECT CBA | 0.80 | 560 | 448.00 |
| 05/10/10 | BEG | CORRESPONDENCE TO WENDI CHEN AT BP RE NETTING LANGUAGE | 0.20 | 320 | 64.00 |
| 05/10/10 | BEG | LEGAL RESEARCH RE REJECTION OF COLLECTIVE BARGAINING AGREEMENT | 3.00 | 320 | 960.00 |
| 05/10/10 | BEG | REVIEW AND ANALYSIS OF EMAILS REGARDING UNION MEETING AND REJECTION OF CBA | 0.10 | 320 | 32.00 |
| 05/10/10 | BEG | REVIEW AND ANALYSIS OF PLEADING FILED IN SUPPORT OF REMAND OF REMOVED CLASS ACTION | 0.60 | 320 | 192.00 |
| 05/10/10 | BEG | PREPARATION OF MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.70 | 320 | 224.00 |
| 05/10/10 | PES | REVIEW AND ANALYSIS OF STATUS OF CBA NEGOTIATIONS AND 9TH CIRCUIT DECISIONS ON REJECTION OF CBA UNDER SECTION 1113 | 2.20 | 530 | 1,166.00 |
| 05/10/10 | KEA | REVIEW AND ANALYSIS OF BRIEF IN SUPPORT OF REMAND | 0.10 | 450 | 45.00 |
| 05/10/10 | KEA | REVIEW AND ANALYSIS OF ISSUES RE CBA REJECTION MOTION | 0.10 | 450 | 45.00 |
| 05/11/10 | EDS | PREPARATION FOR HEARING ON REMAND OF SIMONS CLASS ACTION | 0.90 | 560 | 504.00 |
| 05/11/10 | BEG | PREPARATION OF MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 1.10 | 320 | 352.00 |
| 05/11/10 | BEG | PREPARATION FOR HEARINGS ON RELIEF FROM STAY, CHAPTER 11 STATUS CONFERENCE AND REMAND | 0.20 | 320 | 64.00 |
| 05/11/10 | BEG | TELEPHONE CALL FROM J. ZARGAROF RE HEARING ON REMAND OF SIMONS CLASS ACTION | 0.10 | 320 | 32.00 |
| 05/11/10 | BEG | TELEPHONE CALL TO J. ZARGAROF RE HEARING ON REMAND OF SIMONS CLASS ACTION | 0.10 | 320 | 32.00 |
| 05/11/10 | CMY | REVIEW E-MAIL CORRESPONDENCE FROM JUDY KALMIKOV RE: US TRUSTEE APPROVED IMMEDIATE PAYMENTS FOR FUEL | 0.10 | 220 | 22.00 |
| 05/11/10 | CMY | TELEPHONE CALL TO SAM LOR RE: AUTHORITY TO PAY FOR FUEL ELECTRONICALLY | 0.10 | 220 | 22.00 |

EXHIBIT 1 PAGE 5

PAGE 5
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/11/10 | CMY | TELEPHONE CALL TO JUDY KALMIKOV RE: TRUSTEE COMMENTS AND PROOF OF CLAIM FOR TWO EMPLOYEES | 0.10 | 220 | 22.00 |
| 05/11/10 | BEG | TELEPHONE CONFERENCE W/ JENNIFER ZARGAROF REGARDING PLEADING FILED BY LAWSON AND HEARING ON REMAND OF CLASS ACTION | 0.30 | 320 | 96.00 |
| 05/11/10 | PES | REVIEW AND ANALYSIS OF COURT'S TENTATIVE RULING ON DEBTOR'S MOTION FOR RFS TO PURSUE APPEAL OF CLASS ACTION | 0.10 | 530 | 53.00 |
| 05/12/10 | EDS | ATTENDANCE AT HEARING IN LOS ANGELES ON CHAPTER 11 STATUS CONF, REMAND OF SIMONS ACTION AND STATUS CONF OF SIMONS CLASS ACTION | 4.50 | 560 | 2,520.00 |
| 05/12/10 | BEG | REVIEW PLEADINGS AND TENTATIVE RULING IN PREPARATION FOR HEARINGS ON RELIEF FROM STAY, CHAPTER 11 STATUS CONFERENCE AND OSC RE REMAND | 0.80 | 320 | 256.00 |
| 05/12/10 | BEG | ATTENDANCE AT COURT HEARINGS ON RELIEF FROM STAY, CHAPTER 11 STATUS CONFERENCE AND OSC RE REMAND | 4.50 | 320 | 1,440.00 |
| 05/12/10 | PES | INVESTIGATION RE TENTATIVE RULING ON OSC RE REMAND ON PENDING SIMONS LITIGATION | 0.10 | 530 | 53.00 |
| 05/13/10 | BEG | PREPARATION OF NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE | 0.10 | 320 | 32.00 |
| 05/13/10 | BEG | PREPARATION OF ORDER GRANTING RELIEF FROM STAY MOTION TO PROCEED WITH NINTH CIRCUIT APPEAL | 0.20 | 320 | 64.00 |
| 05/16/10 | BEG | PREPARATION OF ORDER GRANTING RELIEF FROM STAY | 0.30 | 320 | 96.00 |
| 05/16/10 | BEG | REVIEW AND REVISE ORDER GRANTING RELIEF FROM STAY TO PROCEED WITH 9TH CIRCUIT APPEAL | 0.20 | 320 | 64.00 |
| 05/16/10 | BEG | REVIEW AND EXECUTE NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE | 0.20 | 320 | 64.00 |
| 05/16/10 | BEG | PREPARATION OF ORDER DENYING REMAND OF REMOVED ACTION | 0.40 | 320 | 128.00 |
| 05/16/10 | BEG | REVIEW AND ANALYSIS OF EMAIL REGARDING PURCHASE OF TRUCKS; RESPONSE TO SAME | 0.10 | 320 | 32.00 |
| 05/16/10 | BEG | PREPARATION OF MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.10 | 320 | 32.00 |

EXHIBIT 1  PAGE 6

PAGE 6
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/17/10 | EDS | TELEPHONE CONFERENCE W/ JUDY AND BILL RE ENGS FINANCING OF TRUCKS | 0.30 | 560 | 168.00 |
| 05/17/10 | CBM | REVIEW ENTERED ORDER APPROVING SHEPPARD MULLIN'S EMPLOYMENT | 0.10 | 220 | 22.00 |
| 05/17/10 | CBM | REVIEW SHEPPARD MULLIN'S APPROVED FEE STATEMENT PROCEDURES WITH C. YOSHONIS | 0.10 | 220 | 22.00 |
| 05/17/10 | CBM | PREPARATION OF APPLICATION TO EMPLOY WEISS ACCOUNTANCY | 0.70 | 220 | 154.00 |
| 05/17/10 | KEA | REVIEW AND REVISE ORDER RE OSC RE REMAND | 0.10 | 450 | 45.00 |
| 05/17/10 | BEG | REVIEW AND REVISE REMAND ORDER | 0.10 | 320 | 32.00 |
| 05/17/10 | CMY | REVIEW AND RESPOND TO E-MAIL FROM CLIENT RE: FEES AND COSTS FOR APRIL | 0.10 | 220 | 22.00 |
| 05/17/10 | CMY | REVIEW AND ANALYSIS OF BILLING RE: FEES AND COSTS FOR APRIL | 0.10 | 220 | 22.00 |
| 05/17/10 | CMY | REVIEW AND ANALYSIS OF EMPLOYMENT APPLICATION FOR RUTAN & TUCKER RE: FEE STRUCTURE | 0.10 | 220 | 22.00 |
| 05/17/10 | CMY | TELEPHONE CALL TO JUDY KALMIKOV RE: PAYMENT TO PROFESSIONALS ONLY UPON COURT ORDER AFTER RETAINER EXHAUSTED | 0.20 | 220 | 44.00 |
| 05/17/10 | CMY | TELEPHONE CALL TO CLIENT RE: EMPLOYMENT OF ACCOUNTANT FOR PREPARATION OF TAX RETURNS | 0.10 | 220 | 22.00 |
| 05/18/10 | CBM | TELEPHONE CONFERENCE WITH JUDY KALMIKOV AND BILL CULBERTSON RE EMPLOYMENT OF ACCOUNTANT AND ATTORNEY | 0.20 | 220 | 44.00 |
| 05/18/10 | CBM | REVIEW BACKGROUND INFORMATION RE EMPLOYMENT OF ACCOUNTANT | 0.20 | 220 | 44.00 |
| 05/18/10 | CBM | PREPARATION OF APPLICATION TO EMPLOY WEISS ACCOUNTANCY | 0.60 | 220 | 132.00 |
| 05/18/10 | CBM | PREPARATION OF APPLICATION TO EMPLOY ATTORNEY RE DISCRIMINATION CLAIM | 0.50 | 220 | 110.00 |
| 05/18/10 | KEA | REVIEW AND ANALYSIS OF ISSUES RE EMPLOYMENT OF COUNSEL RE EMPLOYMENT DISCRIMINATION CLAIM AND RE EMPLOYMENT OF ACCOUNTANT TO PREPARE TAX RETURNS | 0.10 | 450 | 45.00 |
| 05/19/10 | BEG | PREPARATION OF MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 4.00 | 320 | 1,280.00 |

EXHIBIT 1  PAGE 7

PAGE 7
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/19/10 | BEG | REVIEW AND ANALYSIS OF EMAIL FROM CLIENT REGARDING MOTION TO REJECT CBA, MOTION TO ASSUME LEASES, MOTION FOR FINANCING | 0.10 | 320 | 32.00 |
| 05/19/10 | BEG | CORRESPONDENCE TO CLIENT IN RESPONSE TO EMAIL RE MOTION TO REJECT CBA, MOTION FOR FINANCING, MOTION TO ASSUME LEASES | 0.20 | 320 | 64.00 |
| 05/20/10 | CBM | PREPARATION OF APPLICATION TO EMPLOY WEISS ACCOUNTANCY | 1.10 | 220 | 242.00 |
| 05/20/10 | CBM | TELEPHONE CONFERENCE WITH JAMES WALKER RE EMPLOYMENT OF WEISS ACCOUNTANCY | 0.20 | 220 | 44.00 |
| 05/20/10 | BEG | PREPARATION OF MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 2.10 | 320 | 672.00 |
| 05/20/10 | BEG | REVIEW AND ANALYSIS OF EMAIL FROM CLIENT REGARDING PURCHASE OF TRUCKS, MOTION TO REJECT CBA; RESPONSE TO SAME | 0.10 | 320 | 32.00 |
| 05/20/10 | BEG | CORRESPONDENCE TO J. KALMIKOV RE PURCHASE OF TRUCKS AND STATUS OF MOTION TO REJECT CBA | 0.10 | 320 | 32.00 |
| 05/20/10 | BEG | CORRESPONDENCE TO J. KALMIKOV RE PURCHASE OF TRUCKS | 0.10 | 320 | 32.00 |
| 05/20/10 | BEG | REVIEW AND REVISE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 1.60 | 320 | 512.00 |
| 05/20/10 | BEG | REVIEW AND ANALYSIS OF EMAIL FROM J. KALMIKOV RE FINANCING PURCHASE OF NEW TRUCKS; RESPONSE TO SAME | 0.10 | 320 | 32.00 |
| 05/20/10 | BEG | PREPARATION OF AND CORRESPONDENCE TO DOUG HART RE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.30 | 320 | 96.00 |
| 05/20/10 | BEG | CORRESPONDENCE TO CLIENT REGARDING DRAFT OF MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.10 | 320 | 32.00 |
| 05/20/10 | PES | REVIEW AND ANALYSIS OF JUDGE TIGHE'S DECISION IN KARYKEION AND OTHER CASE LAW AND APPLICATION TO REJECTION OF CBA AND RELATED MOTION THEREON | 1.80 | 530 | 954.00 |
| 05/21/10 | PES | REVIEW AND REVISE DEBTOR'S MOTION TO REJECT CBA | 2.60 | 530 | 1,378.00 |
| 05/21/10 | PES | CONTINUED REVIEW AND ANALYSIS OF CASES AND AUTHORITIES RE REJECTION OF CBA (NO CHARGE) | 3.00 | | 0.00 |
| 05/24/10 | CBM | PREPARATION OF APPLICATION TO EMPLOY WEISS ACCOUNTANCY | 1.00 | 220 | 220.00 |

EXHIBIT 1 PAGE 8

PAGE 8
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/24/10 | BEG | REVIEW AND REVISE MOTION TO REJECT CBA | 0.10 | 320 | 32.00 |
| 05/24/10 | BEG | REVIEW PROOF OF CLAIM FILED BY UNION | 0.10 | 320 | 32.00 |
| 05/24/10 | BEG | REVIEW AND REVISE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 3.70 | 320 | 1,184.00 |
| 05/24/10 | BEG | REVIEW PROOFS OF CLAIM FILED BY ZIONS CREDIT CORP. | 0.20 | 320 | 64.00 |
| 05/24/10 | BEG | PREPARATION OF DECLARATION OF NON-OPPOSITION TO MOTION TO EXTEND EXCLUSIVITY | 0.30 | 320 | 96.00 |
| 05/24/10 | BEG | REVIEW AND EXECUTE DECLARATION OF NON-OPPOSITION TO MOTION TO EXTEND EXCLUSIVITY | 0.20 | 320 | 64.00 |
| 05/24/10 | BEG | PREPARATION OF ORDER GRANTING MOTION FOR EXTENSION OF EXCLUSIVITY | 0.20 | 320 | 64.00 |
| 05/24/10 | BEG | REVIEW AND ANALYSIS OF EMAILS FROM J. KALMIKOV RE MOTION TO REJECT CBA | 0.10 | 320 | 32.00 |
| 05/24/10 | BEG | TELEPHONE CALL TO J. KALMIKOV RE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.40 | 320 | 128.00 |
| 05/24/10 | CMY | TELEPHONE CALL FROM JUDY KALMAKOV RE: CLAIMS FOR EMPLOYEES | 0.10 | 220 | 22.00 |
| 05/24/10 | CMY | TELEPHONE CALL FROM CINDY MEEKER RE: EMPLOYMENT OF ACCOUNTANT | 0.10 | 220 | 22.00 |
| 05/24/10 | BEG | REVIEW PROOFS OF CLAIM FILED BY JERRY BUDIN ON BEHALF OF HIMSELF, ENRIQUE ENCISO AND FOR ALLEGED CLASS MEMBERS | 0.20 | 320 | 64.00 |
| 05/24/10 | BEG | REVIEW PROOF OF CLAIM FILED BY ENGS MOTOR TRUCK | 0.20 | 320 | 64.00 |
| 05/24/10 | BEG | REVIEW PROOF OF CLAIM FILED BY JUDY KALMIKOV (NO CHARGE) | 0.10 | | 0.00 |
| 05/24/10 | BEG | REVIEW PROOF OF CLAIM FILED BY JANET EMERY | 0.10 | 320 | 32.00 |
| 05/24/10 | BEG | CORRESPONDENCE TO J. KALMIKOV RE DRIVERS NOT COVERED BY CBA; REVIEW RESPONSE TO SAME | 0.10 | 320 | 32.00 |
| 05/24/10 | PES | REVIEW AND ANALYSIS OF FACTUAL SUPPORT FOR MOTION TO REJECT CBA | 0.20 | 530 | 106.00 |
| 05/25/10 | BEG | REVIEW AND ANALYSIS OF EMAIL FROM J. KALMIKOV RE MOTION TO REJECT CBA; RESPONSE TO SAME | 0.10 | 320 | 32.00 |
| 05/25/10 | BEG | REVIEW AND ANALYSIS OF NEED TO AMEND EMPLOYMENT APPLICATION BASED UPON REPRESENTATION OF TESORO | 0.20 | 320 | 64.00 |

EXHIBIT 1 PAGE 9

PAGE 9
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/25/10 | BEG | TELEPHONE CALL FROM ANNA HATHAWAY AT SHELL OIL RE MOTION TO ASSUME LEASES | 0.10 | 320 | 32.00 |
| 05/25/10 | BEG | REVIEW MOTION TO ASSUME LEASES IN PREPARATION FOR CALL TO SHELL OIL | 0.10 | 320 | 32.00 |
| 05/25/10 | BEG | TELEPHONE CALL TO ANNA HATHAWAY AT SHELL OIL RE MOTION TO ASSUME LEASES | 0.10 | 320 | 32.00 |
| 05/25/10 | BEG | TELEPHONE CALL FROM JUDY RE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.10 | 320 | 32.00 |
| 05/25/10 | BEG | REVIEW AND REVISE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.40 | 320 | 128.00 |
| 05/25/10 | BEG | CORRESPONDENCE TO DOUG HART AND JENNIFER ZARGAROF RE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.10 | 320 | 32.00 |
| 05/26/10 | EDS | REVIEW AND REVISE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.80 | 560 | 448.00 |
| 05/26/10 | CBM | PREPARATION OF NOTICE OF DISCLOSURE RE WG PROVIDING REAL ESTATE-RELATED SERVICES TO TESORO | 0.50 | 220 | 110.00 |
| 05/26/10 | BEG | REVIEW AND ANALYSIS OF ISSUES RAISED BY SHELL OIL ON ASSUMPTION OF LEASE | 0.20 | 320 | 64.00 |
| 05/26/10 | BEG | CORRESPONDENCE TO ANNA HATHAWAY RE CURE AMOUNT FOR SHELL OIL LEASE | 0.10 | 320 | 32.00 |
| 05/26/10 | BEG | REVIEW AND ANALYSIS OF NEED FOR NOTICE OF DISCLOSURE ON EMPLOYMENT FOR WAIVER OF CONFLICT RE TESORO | 0.10 | 320 | 32.00 |
| 05/26/10 | BEG | CORRESPONDENCE TO ANNA HATHAWAY RE CURE AMOUNT ON EQUILON DBA SHELL OIL LEASE | 0.10 | 320 | 32.00 |
| 05/26/10 | BEG | PREPARATION OF CULBERTSON DECLARATION FOR MOTION TO REJECT CBA | 0.40 | 320 | 128.00 |
| 05/27/10 | EDS | REVIEW JUDGE GOLDBERG CV AND MEMO RE SAME TO LAWSON | 0.20 | 560 | 112.00 |
| 05/27/10 | CBM | PREPARATION OF NOTICE OF DISCLOSURE RE SERVICES TO BE PERFORMED FOR TESORO COMPANIES | 1.10 | 220 | 242.00 |
| 05/27/10 | BEG | REVIEW AND ANALYSIS OF ISSUES FOR MOTION FOR FINANCING | 0.10 | 320 | 32.00 |
| 05/27/10 | BEG | TELEPHONE CALL TO DOUG HART RE MOTION TO REJECT COLLECTIVE BARGAINING AGREEMENT | 0.10 | 320 | 32.00 |

EXHIBIT 1   PAGE 10

PAGE 10
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 05/27/10 | CMY | TELEPHONE CALL FROM BILL CULBERTSON AND JUDY KALMIKOV RE: CELL PHONE LEASE | 0.10 | 220 | 22.00 |
| 05/27/10 | CMY | PREPARATION OF MOTION FOR ORDER AUTHORIZING DEBTOR TO INCUR DEBT PURSUANT TO 11 U.S.C. 364 | 0.70 | 220 | 154.00 |
| 05/27/10 | BEG | PREPARATION OF MOTION TO INCUR DEBT | 1.90 | 320 | 608.00 |
| 05/27/10 | BEG | CORRESPONDENCE TO J. KALMIKOV RE MOTION TO REJECT CBA AND MOTION TO INCUR DEBT | 0.10 | 320 | 32.00 |
| 05/27/10 | BEG | REVIEW AND ANALYSIS OF ISSUES RELATING TO MOTION TO INCUR DEBT | 0.10 | 320 | 32.00 |
| 05/27/10 | BEG | TELEPHONE CALL TO A. LAWSON RE MEDIATION AND SUGGESTION OF MEDIATOR | 0.10 | 320 | 32.00 |
| 05/27/10 | BEG | REVIEW AND ANALYSIS OF STATUS OF MOTIONS ON REJECTION OF CBA, MOTION TO INCUR DEBT, MOTION FOR ASSUMPTION OF LEASES | 0.10 | 320 | 32.00 |
| 05/27/10 | BEG | REVIEW AND ANALYSIS OF EMAIL RE FINANCING AGREEMENT WITH ENGS; RESPONSE TO SAME | 0.10 | 320 | 32.00 |
| 05/28/10 | EDS | PREPARATION OF FINANCING MOTION FOR 12 NEW TRUCKS | 0.50 | 560 | 280.00 |
| 05/28/10 | EDS | TELEPHONE CONFERENCE W/ JIM TIEMSTRA RE FINANCING MOTION FOR 12 TRUCK LEASES | 0.20 | 560 | 112.00 |
| 05/28/10 | EDS | REVIEW AND REVISE MOTION TO FINANCE NEW TRUCKS | 0.80 | 560 | 448.00 |
| 05/28/10 | BEG | TELEPHONE CONFERENCE W/ JAMES TIEMSTRA RE FINANCING OF TRUCKS | 0.20 | 320 | 64.00 |
| 05/28/10 | BEG | CORRESPONDENCE TO JAMES TIEMSTRA RE ENGS TERM SHEET | 0.10 | 320 | 32.00 |
| 05/28/10 | BEG | PREPARATION OF MOTION TO INCUR DEBT, ENTER INTO LEASES | 1.20 | 320 | 384.00 |
| 05/28/10 | BEG | REVIEW AND REVISE MOTION TO INCUR DEBT ENTER INTO LEASE | 1.00 | 320 | 320.00 |
| 05/28/10 | BEG | REVIEW AND ANALYSIS OF EMAIL FROM ANNA HATHAWAY RE EQUILON LEASE AND PROPOSED ORDER; RESPONSE TO SAME | 0.10 | 320 | 32.00 |
| 05/28/10 | BEG | PREPARATION OF ORDER ON APPLICATION FOR ORDER SHORTENING TIME ON FINANCING MOTION | 0.30 | 320 | 96.00 |
| 05/28/10 | BEG | PREPARATION OF APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO INCUR DEBT | 0.80 | 320 | 256.00 |

EXHIBIT 1  PAGE 11

PAGE 11
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/28/10 | BEG | TELEPHONE CALL TO J. KALMIKOV RE OST APPLICATION AND MOTION TO INCUR DEBT | 0.10 | 320 | 32.00 |
| 05/28/10 | BEG | TELEPHONE CALL TO LARRY O'CONNELL REGARDING LEASE OF TRUCKS | 0.20 | 320 | 64.00 |
| 05/28/10 | BEG | PREPARATION OF ORDER GRANTING APPLICATION FOR ORDER SHORTENING TIME ON MOTION TO INCUR DEBT | 0.10 | 320 | 32.00 |
| 05/28/10 | BEG | TELEPHONE CALL FROM L. O'CONNELL RE MOTION TO INCUR DEBT | 0.10 | 320 | 32.00 |
| 05/28/10 | BEG | REVIEW AND ANALYSIS OF ISSUES RELATING TO MOTION TO INCUR DEBT; OST APPLICATION | 0.20 | 320 | 64.00 |
| 05/28/10 | BEG | TELEPHONE CALL TO J. KALMIKOV RE TIMING OF FILING MOTION TO INCUR DEBT AND OST APPLICATION | 0.10 | 320 | 32.00 |
| 05/28/10 | BEG | REVIEW AND REVISE MOTION TO INCUR DEBT; OST APPLICATION | 0.30 | 320 | 96.00 |
| 05/28/10 | BEG | REVIEW AND ANALYSIS OF EMAILS RE MOTION TO INCUR DEBT | 0.10 | 320 | 32.00 |
| 05/29/10 | BEG | REVIEW AND REVISE MOTION TO INCUR DEBT, ENTER INTO TRANSACTIONS OUTSIDE THE ORDINARY COURSE | 0.50 | 320 | 160.00 |
| 05/29/10 | BEG | REVIEW AND REVISE APPLICATION FOR AN OST ON THE MOTION TO INCUR DEBT ENTER INTO TRANSACTIONS OUTSIDE ORDINARY COURSE | 0.50 | 320 | 160.00 |
| 05/29/10 | BEG | REVIEW AND REVISE ORDER GRANTING OST APPLICATION ON MOTION TO INCUR DEBT ETC. | 0.10 | 320 | 32.00 |
| 05/29/10 | BEG | REVIEW AND ANALYSIS OF PROOF OF CLAIM FILED BY SHELL OIL COMPANY | 0.10 | 320 | 32.00 |
| 05/29/10 | BEG | REVIEW AND ANALYSIS OF PROOF OF CLAIM FILED BY FIRST INSURANCE | 0.10 | 320 | 32.00 |

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| BEG | BETH E. GASCHEN | 50.70 hr @ 320.00 | $ | 16224.00 |
| BEG | BETH E. GASCHEN | 0.10 hr @ 0.00 | | N/C |
| CMY | CLAUDIA M. YOSHONIS | 7.20 hr @ 220.00 | $ | 1584.00 |
| KEA | KYRA R. ANDRASSY | 1.60 hr @ 450.00 | $ | 720.00 |
| PES | PHIL E. STROK | 5.50 hr @ 0.00 | | N/C |
| PES | PHIL E. STROK | 7.80 hr @ 530.00 | $ | 4134.00 |
| EDS | EVAN D. SMILEY | 9.90 hr @ 560.00 | $ | 5544.00 |
| CBM | CYNTHIA B. MEEKER | 6.40 hr @ 220.00 | $ | 1408.00 |

|  |  |  |
|---|---|---|
| TOTAL PROFESSIONAL FEES | 89.20 | $ 29,614.00 |

EXHIBIT 1   PAGE 12

PAGE 12
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05/10 | POSTAGE FOR MAILING MOTION AND NOTICE OF HEARING TO MEMBERS ON THE SERVICE LIST | 52.56 |
| 05/05/10 | POSTAGE TO MAIL NOTICE, MOTION AND STATUS CONFERENCE TO ALL PARTIES ON SERVICE LIST. | 32.94 |
| 05/05/10 | PHOTOCOPIES OF DECLARATION AND ORDER RE NON OPPOSITION | 35.75 |
| 05/05/10 | SCANNED DOCUMENTS OF DECLARATION AND ORDER RE NON OPPOSITION | 9.00 |
| 05/05/10 | SCANNED DOCUMENTS OF DECLARATION AND ORDER RE NON OPPOSITION | 0.75 |
| 05/05/10 | SCANNED DOCUMENTS OF DECLARATION AND ORDER RE NON OPPOSITION | 2.75 |
| 05/05/10 | SCANNED DOCUMENTS OF DECLARATION AND ORDER RE NON OPPOSITION | 0.50 |
| 05/05/10 | SCANNED DOCUMENTS OF DECLARATION AND ORDER RE NON OPPOSITION | 2.25 |
| 05/05/10 | PHOTOCOPIES OF STATUS REPORT | 13.75 |
| 05/05/10 | SCANNED DOCUMENTS OF STATUS REPORT | 2.25 |
| 05/05/10 | PHOTOCOPIES OF DOCUMENTS | 163.75 |
| 05/05/10 | PHOTOCOPIES OF STATUS REPORT | 2.75 |
| 05/05/10 | SCANNED DOCUMENTS OF STATUS REPORT | 2.75 |
| 05/05/10 | PHOTOCOPIES OF MOTION | 101.25 |
| 05/05/10 | SCANNED DOCUMENTS OF MOTION | 3.75 |
| 05/05/10 | SCANNED DOCUMENTS OF MOTION | 0.75 |
| 05/05/10 | PHOTOCOPIES OF NOTICE | 81.00 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE | 1.50 |
| 05/05/10 | PHOTOCOPIES OF MOTION | 6.25 |
| 05/05/10 | SCANNED DOCUMENTS OF MOTION | 4.25 |
| 05/05/10 | SCANNED DOCUMENTS OF MOTION | 2.00 |
| 05/05/10 | PHOTOCOPIES OF NOTICE OF HEARING | 156.75 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.50 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 5.75 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 2.75 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.25 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.25 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 1.50 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.50 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.25 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.25 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 7.25 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 2.00 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.50 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 0.25 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 2.00 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 2.00 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 3.00 |

EXHIBIT 1  PAGE 13

PAGE 13
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 1.50 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 1.00 |
| 05/05/10 | SCANNED DOCUMENTS OF NOTICE OF HEARING | 38.75 |
| 05/05/10 | PHOTOCOPIES OF MOTION | 38.75 |
| 05/05/10 | PHOTOCOPIES OF ORDER | 429.50 |
| 05/05/10 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING DECLARATION; ORDER RE NON OPPOSITION TO EMPLOYMENT OF SHEPPARD MULLIN | 4.80 |
| 05/06/10 | JANNEY & JANNEY MESSENGER CHARGES FOR RUSH DELIVERY OF MOTION AND NOTICE OF HEARING | 4.80 |
| 05/06/10 | JANNEY & JANNEY MESSENGER CHARGES FOR RUSH DELIVERY OF EXCLUSIVITY MOTION, NOTICE RE EXCLUSIVITY HEARING AND CHAPTER 11 STATUS CONFERENCE | 4.80 |
| 05/10/10 | PHOTOCOPIES OF MEMO RE REMAND | 49.25 |
| 05/10/10 | SCANNED DOCUMENTS OF MEMO RE REMAND | 1.75 |
| 05/10/10 | SCANNED DOCUMENTS OF MEMO RE REMAND | 4.25 |
| 05/10/10 | SCANNED DOCUMENTS OF MEMO RE REMAND | 3.00 |
| 05/10/10 | SCANNED DOCUMENTS OF MEMO RE REMAND | 1.50 |
| 05/14/10 | PHOTOCOPIES OF ORDER | 1.25 |
| 05/14/10 | PHOTOCOPIES OF ORDER | 0.50 |
| 05/14/10 | SCANNED DOCUMENTS OF ORDER | 1.00 |
| 05/14/10 | PHOTOCOPIES OF ORDER | 0.75 |
| 05/17/10 | POSTAGE FOR NOTICE OF CONTINUED CHAPTER 11 STATUS CONFERENCE | 11.88 |
| 05/17/10 | POSTAGE PROPOSED ORDER RE RFS AND ORDER DENYING REMAND OF REMOVED ACTION | 5.49 |
| 05/17/10 | PHOTOCOPIES OF NOTICE | 14.50 |
| 05/17/10 | PHOTOCOPIES OF ORDER | 10.50 |
| 05/17/10 | SCANNED DOCUMENTS OF ORDER | 1.75 |
| 05/17/10 | SCANNED DOCUMENTS OF NOTICE | 1.50 |
| 05/17/10 | JANNEY & JANNEY MESSENGER CHARGES FOR PROOF OF SERVICE OF ENTERED ORDER EMPLOYMENT OF SHEPPARD, MULLIN | 4.80 |
| 05/17/10 | JANNEY & JANNEY MESSENGER CHARGES FOR DELIVERY OF NOTICE OF CONTINUED CHAPTER 11 PLAN STATUS CONFERENCE | 4.80 |
| 05/18/10 | JANNEY & JANNEY MESSENGER CHARGES FOR RUSH DELIVERY OF UPLOADED ORDER GRANTING RELIEF FROM STAY | 4.80 |
| 05/18/10 | JANNEY & JANNEY MESSENGER CHARGES FOR RUSH DELIVERY OF UPLOADED ORDER DENYING REMAND OF REMOVED ACTION | 4.80 |
| 05/18/10 | JANNEY & JANNEY MESSENGER CHARGES FOR FILE AN CONFORM NOTICE OF REMOVAL AND EXHIBITS | 4.80 |
| 05/19/10 | FEDERAL EXPRESS CHARGES FOR DELIVERY OF MONTHLY OPERATING REPORT NUMBER 4 FOR THE MONTH ENDING APRIL 30, 2010 | 55.00 |
| 05/24/10 | POSTAGE FOR SERVICE OF DECLARATION OF BETH E. GASCHEN REGARDING NON-OPPOSITION TO DEBTOR'S MOTION FOR EXTENSION OF EXCLUSIVITY | 37.53 |

EXHIBIT 1  PAGE 14

PAGE 14
JUNE 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH MAY 31, 2010
OUR FILE: EVA01.0002

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/24/10 | PHOTOCOPIES OF SERVICE OF DECLARATION | 128.25 |
| 05/24/10 | PHOTOCOPIES OF LODGED ORDER SERVICE | 1.00 |
| 05/24/10 | PHOTOCOPIES OF SERVICE OF LODGED ORDER | 3.75 |
| 05/24/10 | PHOTOCOPIES OF SERVICE OF DECLARATION | 10.25 |
| 05/24/10 | JANNEY & JANNEY MESSENGER CHARGES FOR DELIVERY OF DECLARATION OF BETH E. GASCHEN AND ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF DEBTOR'S EXCLUSIVITY PERIODS | 4.80 |
| 05/28/10 | PHOTOCOPIES OF ENTERED ORDER | 7.25 |
| 05/28/10 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING PROOF OF SERVICE OF ENTERED ORDER DENYING REMAND OF REMOVED ACTION | 4.80 |
| | TOTAL COSTS AND DISBURSEMENTS | $ 1,617.65 |
| | REDUCED TO | $ 1,366.30 |

EXHIBIT 1  PAGE 15

| In re: | | CHAPTER: 11 |
|---|---|---|
| **EVANS DEDICATED SYSTEMS, INC.** | | |
| | Debtor(s). | CASE NUMBER: **10-10354 TD** |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **NOTICE OF PROFESSIONAL FEE STATEMENT AND PROFESSIONAL FEE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 20, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **July 20, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **July 20, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas Donovan, 255 East Temple Street, Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 20, 2010 | Kelly M. Rivera | *Kelly Rivera* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
0.0

**F 9013-3.1**

## SERVICE LIST

UNITED STATES TRUSTEE
ERNST & YOUNG PLAZA
725 SOUTH FIGUEROA ST., 26TH FL.
LOS ANGELES, CA 90017

MR. WILLIAM CULBERTSON
EVANS DEDICATED SYSTEMS, INC.
6279 E. SLAUSON AVE, SUITE 205
LOS ANGELES, CALIFORNIA
90040-3039
**DEBTOR**

**REQUEST FOR SPECIAL NOTICE**
JAMES E. TIEMSTRA
LAW OFFICES OF JAMES A. TIEMSTRA
TRIBUNE TOWER
409 THIRTEENTH ST., 15TH FLOOR
OAKLAND, CA 94612-2605
**ATTORNEYS FOR CREDITOR**
**ENG MOTOR TRUCK CO. DBA**
**ENGS COMMERCIAL FINANCE**

**20 LARGEST UNSECURED CREDITORS**
ABC BATTERY
ATTN: LYNN SHEEK
10810 GARFIELD AVE.
SOUTH GATE, CA 90280

ALTERNATIVE HOSE, INC.
ATTN: JULIE CASEY
1251 SUNSHINE WAY
ANAHEIM, CA 92806

AMERICAN MOVING PARTS
ATTN: ARELY BORJA
695 S. SANTA FE AVE.
LOS ANGELES, CA 90021

ANTONIO M. LAWSON, ESQ.
160 FRANKLIN STREET, SUITE 204
OAKLAND, CA 94607

ARAMARK UNIFORM SERVICES
ATTN: ACCOUNT RECEIVABLE
115 N FIRST STREET
BURBANK, CA 91502

BEALL CORPORATION
ATTN: CHERYL DAVIDOVICH
P.O. BOX 4687
PORTLAND, OR 97208-4687

BRIDGESTONE AMERICAS
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 100411
PASADENA, CA 91189-0411

DRAKE SUPPLY COMPANY
ATTN: TAMMY CARMONA
3006 RED HAT LANE
CITY OF INDUSTRY, CA 90601

FRANKLIN TRUCK PARTS, INC.
ATTN: BECKY TANNER
6925 BANDINI BLVD.
COMMERCE, CA 90040

INLAND KENWORTH, INC.
ATTN: MARTHA MEDEI
9730 CHERRY AVENUE
FONTANA, CA 92355

J & L TANK COMPANY
ATTN: PATTY MICISCHIA
5415 MARTIN L. KING BLVD.
LYNWOOD, CA 90262

JERRY N. BUDIN, ESQ.
2401 E. ORANGEBURG AVE.
SUITE 675-309
MODESTO, CA 95355

LOS ANGELES FREIGHTLINER
ATTN: MARTHA SERRANO
P.O. BOX 60816
LOS ANGELES, CA 90060-0816

MICHELIN NORTH AMERICA, INC
ATTN: MAIA PEROTT
12398 COLLECTIONS CENTER DR.
CHICAGO, IL 06069-3000

PARAMOUNT TANK, INC.
ATTN: LOTTIE SANGER
14066 ORANGE AVE.
PARAMOUNT, CA 90723

PARKHOUSE TIRE, INC.
ATTN: TERRY ESTRADA
P.O. BOX 2430
BELL GARDENS, CA 90202

SOURCEONE OFFICE PRODUCTS
ATTN: ED GERBERSHAGEN
12434 BELLFLOWER BLVD.
DOWNEY, CA 90242

UNIFIRST CORPORATION
ATTN: ACCOUNTS RECEIVABLE
16434 PIONEER BLVD.
NORWALK, CA 90650

WELD-IT INDUSTRIES
ATTN: MICHELL
4477 SHIELA STREET
LOS ANGELES, CA 90023

WESTERN PACIFIC PRODUCTS, INC.
ATTN: KIM HARRIS
2286 DEL MONTE STREET
W SACRAMENTO, CA 95691

**Electronic Mail Notice List**

Kyra E Andrassy     kandrassy@wgllp.com
Beth Gaschen     bgaschen@wgllp.com
Dare Law     dare.law@usdoj.gov
Evan D Smiley     esmiley@wgllp.com
James A Tiemstra     jat@tiemlaw.com, sml@tiemlaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov