Attorney or Professional Name, Address, Telephone and FAX

Charles Barker, Cal. Bar No. 70076
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re: EVANS DEDICATED SYSTEMS, INC., a California Corporation

Chapter 11 Case Number

2:10-bk-10354-TD

**Professional Fee Statement**

Number: _1_
Months of: _January through July, 2010_

Debtor

| | | |
|---|---|---|
| 1. | Name of Professional: | Sheppard, Mullin, Richter & Hampton LLP |
| 2. | Date of entry of order approving employment of the professional: | May 13, 2010 |
| 3. | Total amount of pre-petition payments received by the professional: | $ 30,000.00 (Retainer) |
| 4. | Less: Total amount of pre-petition services rendered and expenses: | - n/a |
| 5. | Balance of funds remaining on date of filing of petition: | $ 30,000.00 |
| 6. | Less: Total amount of all services rendered per prior fee statements: (Line 6 is not used when filing Statement Number 1). | - n/a |
| 7. | Less: Total amount of services and expenses this reporting period: | - 42,197.17[1] |
| 8. | Balance of funds remaining for next reporting period: | $ -12,197.17 |

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE UNITED STATES TRUSTEE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE PROFESSIONAL TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE WITHDRAWN FROM THE TRUST ACCOUNT IN THE AMOUNT STATED IN ITEM 7 ABOVE UNLESS AN OBJECTION IS FILED WITH THE CLERK OF THE COURT AND SERVED ON THE PROFESSIONAL NAMED ABOVE WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

| | | |
|---|---|---|
| 9. | Total number of pages attached hereto: | 49[2] |

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: 9/17/2010

Sheppard, Mullin, Richter & Hampton LLP
Type Name of Professional

Charles Barker
Signature of Professional

---

[1] Funds held in the Retainer have already been applied to the fees. In the event any of the fees are disallowed, Sheppard will reverse such application.
[2] Certain time entries have been redacted or partially redacted to maintain privilege and confidentiality.



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Cleo Evans                                      SMRH Tax ID 95-1463164
President                                            February 23, 2010
Evans Dedicated Systems, Inc.                    Invoice 222743718
CONFIDENTIAL
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040

Our Matter No.    10ZX-121561
                  Evans Dedicated Systems - Miscellaneous Labor
Billing Atty:     Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2010

| | |
|---|---|
| Current Fees | $ 18,839.00 |
| Current Disbursements | $ 2.50 |
| Total Current Activity | $ 18,841.50 |
| Monies Applied From Trust | $ (18,841.50) |
| Total Due for This Invoice | $ 0.00 |

EXHIBIT 1
PAGE 1

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 2



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

10ZX-121561: Evans Dedicated Systems - Miscellaneous Labor
Richard J. Simmons

February 23, 2010
Invoice 222743718
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 01/31/10

## FEE DETAIL

| | | | |
|---|---|---|---|
| 01/03/10 | Reviewed interim motion re collective bargaining agreement. | | |
| | Douglas R. Hart | .90 hrs. | $ 540.00/hr. |
| 01/05/10 | Worked on bankruptcy petition re collective bargaining agreement. | | |
| | Douglas R. Hart | 1.30 hrs. | $ 540.00/hr. |
| 01/06/10 | Worked on motion to set aside collective bargaining agreement (2.3). Prepared for negotiations (2.0). | | |
| | Douglas R. Hart | 4.30 hrs. | $ 540.00/hr. |
| 01/07/10 | Negotiations with union (6.0). Worked on court filing re collective bargaining agreement (1.2). | | |
| | Douglas R. Hart | 7.20 hrs. | $ 540.00/hr. |
| 01/11/10 | Worked on motion to court re collective bargaining agreeent (1.0). Telephone conference with client re negotiations strategy (.3). | | |
| | Douglas R. Hart | 1.30 hrs. | $ 540.00/hr. |
| 01/12/10 | Telephone conference with mediator re negotiations (.7). Prepared for negotiations (.5). Prepared bargaining proposal re overtime (.5). | | |
| | Douglas R. Hart | 1.70 hrs. | $ 540.00/hr. |
| 01/12/10 | Analyzed issues re    REDACTED    and related matters. | | |
| | Jason R. Gasper | .20 hrs. | $ 505.00/hr. |
| 01/13/10 | Negotiations day. | | |
| | Douglas R. Hart | 7.50 hrs. | $ 540.00/hr. |

EXHIBIT 1
PAGE 2

EXHIBIT 1  PAGE 3



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

---

10ZX-121561:  Evans Dedicated Systems - Miscellaneous Labor
Richard J. Simmons

February 23, 2010
Invoice 222743718
Page 3 of 3

### FEE DETAIL

01/18/10        Worked on bargaining issues.

        Douglas R. Hart                    .30 hrs.        $ 540.00/hr.

01/21/10        Worked on preparation for negotiations.

        Douglas R. Hart                    .80 hrs.        $ 540.00/hr.

01/25/10        Negotiations at USW offices (3.0).  Worked on issues re trial offer to union (4.6).

        Douglas R. Hart                    7.60 hrs.        $ 540.00/hr.

01/26/10        Worked on negotiations and bankruptcy issues (1.2).  Conference with client and bankruptcy counsel re same (.6).

        Douglas R. Hart                    1.80 hrs.        $ 540.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Douglas R. Hart | 34.70 | $ 540.00 | $ 18,738.00 |
| Jason R. Gasper | .20 | $ 505.00 | $ 101.00 |

**Total Fees for Professional Services**                    $ 18,839.00

### SUMMARY OF DISBURSEMENTS

Duplication                                                                         2.50

**Total Disbursements**                                              $ 2.50

**EXHIBIT 1**
**PAGE 3**

EXHIBIT 1  PAGE 4



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

Cleo Evans
President
Evans Dedicated Systems, Inc.
CONFIDENTIAL
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040

SMRH Tax ID 95-1463164
February 23, 2010
Invoice 222743719

Our Matter No.      10ZX-130241
                    Evans Dedicated Systems, Inc. adv. Enrique Enciso
Billing Atty:       Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2010

| | |
|---|---|
| Current Fees | $ 709.00 |

| | |
|---|---|
| Total Current Activity | $ 709.00 |
| Monies Applied From Trust | $ (709.00) |
| Total Due for This Invoice | $ 0.00 |

EXHIBIT 1
PAGE 4

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 5



43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

---

10ZX-130241: Evans Dedicated Systems, Inc. adv. Enrique Enciso
Richard J. Simmons

February 23, 2010
Invoice 222743719
Page 2 of 2

### FOR PROFESSIONAL SERVICES THROUGH 01/31/10

### FEE DETAIL

01/04/10    Reviewed notice of briefing schedule.

    Richard J. Simmons          .10 hrs.    $ 525.00/hr.

01/05/10    Reviewed orders re extensions and page limits (.2).  Updated J Kalmikov and L. O'Connell re same (.2).

    Jennifer B. Zargarof          .40 hrs.    $ 505.00/hr.

01/11/10    Updated J. Budin re bankruptcy filing (.2).  Talked to Beth re removal issue (.2).

    Jennifer B. Zargarof          .40 hrs.    $ 505.00/hr.

01/20/10    Emailed with J. Kalmikov re issue of producing documents to union (.2).  Forwarded documents (.1).

    Jennifer B. Zargarof          .30 hrs.    $ 505.00/hr.

01/22/10    Reviewed stay order and updated K. Kalmikov re same.

    Jennifer B. Zargarof          .20 hrs.    $ 505.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Richard J. Simmons | .10 | $ 525.00 | $ 52.50 |
| Jennifer B. Zargarof | 1.30 | $ 505.00 | $ 656.50 |

**Total Fees for Professional Services**    $ 709.00

EXHIBIT 1
PAGE 5

EXHIBIT 1  PAGE 6



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Cleo Evans                                                    SMRH Tax ID 95-1463164
President                                                              March 15, 2010
Evans Dedicated Systems, Inc.                                    Invoice 222750598
CONFIDENTIAL
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040

Our Matter No.    10ZX-121561
                  Evans Dedicated Systems - Miscellaneous Labor
Billing Atty:     Richard J. Simmons

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  FEBRUARY 28, 2010

| | |
|---|---|
| Current Fees | $ 1,512.00 |
| Current Disbursements | $ 23.25 |

| | |
|---|---|
| Total Current Activity | $ 1,535.25 |
| Monies Applied From Trust | $ (1,535.25) |
| Total Due for This Invoice | $ 0.00 |

**EXHIBIT 1**
**PAGE 6**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 7



**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
**A T T O R N E Y S   A T   L A W**

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

10ZX-121561:  Evans Dedicated Systems - Miscellaneous Labor
Richard J. Simmons

March 15, 2010
Invoice 222750598
Page 2 of 2

FOR PROFESSIONAL SERVICES THROUGH 02/28/10

### FEE DETAIL

| Date | Description | | |
|---|---|---|---|
| 02/02/10 | Telephone conference with client re final offer. | | |
| | Douglas R. Hart | .40 hrs. | $ 540.00/hr. |
| 02/03/10 | Worked on final offer. | | |
| | Douglas R. Hart | .40 hrs. | $ 540.00/hr. |
| 02/09/10 | Worked on Memorandum of Agreement. | | |
| | Douglas R. Hart | 2.00 hrs. | $ 540.00/hr. |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Douglas R. Hart | 2.80 | $ 540.00 | $ 1,512.00 |

**Total Fees for Professional Services**                     $ 1,512.00

### SUMMARY OF DISBURSEMENTS

Duplication                                                                 23.25

**Total Disbursements**                                             $ 23.25

EXHIBIT 1
PAGE 7

EXHIBIT 1  PAGE 8



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

Ms. Judy Kalmikov                                      SMRH Tax ID 95-1463164
President                                                      March 26, 2010
Evans Dedicated Systems, Inc.                          Invoice 222753267
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040-3039

Our Matter No.    10ZX-153404
                  Evans Dedicated Systems adv. Enrique Enciso (BK)
Billing Atty:     Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  FEBRUARY 28, 2010

Current Fees                              $  555.50

Total Current Activity                              $  555.50
Unapplied Cash                                      $ (291.00)
Total Due for This Invoice                          $  264.50

**EXHIBIT 1**
**PAGE 8**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 9



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

---

10ZX-153404: Evans Dedicated Systems adv. Enrique Enciso (BK)
Richard J. Simmons

March 26, 2010
Invoice 222753267
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 02/28/10

### FEE DETAIL

| | | | |
|---|---|---|---|
| 01/28/10 | Conferred with J. Kalmikov re case status and strategy, | | |
| | Jennifer B. Zargarof | .30 hrs. | $ 505.00/hr. |
| 02/24/10 | Prepared email summary of overlap between cases for Evan Smiley. | | |
| | Jennifer B. Zargarof | .30 hrs. | $ 505.00/hr. |
| 02/25/10 | Conferred with J. Kalmikov, Evan Smiley et al re strategy for class actions. | | |
| | Jennifer B. Zargarof | .50 hrs. | $ 505.00/hr. |

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jennifer B. Zargarof | 1.10 | $ 505.00 | $ 555.50 |

**Total Fees for Professional Services**          $ 555.50

EXHIBIT 1
PAGE 9

EXHIBIT 1  PAGE 10



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

10ZX-153404: Evans Dedicated Systems adv. Enrique Enciso (BK)
Richard J. Simmons

March 26, 2010
Invoice 222753267
Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776444 | 409.92 | 404.00 | 5.92 | 0.00 | $ 409.92 |
| 09/10/10 | 222801601 | 2,412.00 | 2,412.00 | 0.00 | 0.00 | 2,412.00 |
| | | | Total Outstanding Fees and Disbursements | | | $ 2,821.92 |
| | | | Fees and Disbursements Due for this Invoice | | | 264.50 |
| | | | **Total Due For This Matter** | | | **$ 3,086.42** |

EXHIBIT 1
PAGE 10

EXHIBIT 1  PAGE 11



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

Ms. Judy Kalmikov
President
Evans Dedicated Systems, Inc.
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040-3039

SMRH Tax ID 95-1463164
April 12, 2010
Invoice 222758263

| | |
|---|---|
| Our Matter No. | 10ZX-153404 |
| | Evans Dedicated Systems adv. Enrique Enciso (BK) |
| Billing Atty: | Richard J. Simmons |

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  MARCH 31, 2010

| | |
|---|---|
| Current Fees | $ 151.50 |
| Total Current Activity | $ 151.50 |
| Monies Applied From Trust | $ (151.50) |
| Total Due for This Invoice | $ 0.00 |

**EXHIBIT 1**
**PAGE 11**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 12



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

10ZX-153404: Evans Dedicated Systems adv. Enrique Enciso (BK)
Richard J. Simmons

April 12, 2010
Invoice 222758263
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 03/31/10

### FEE DETAIL

03/30/10    Reviewed email from opposing counsel and revised declaration.

Jennifer B. Zargarof                     .30 hrs.        $ 505.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jennifer B. Zargarof | .30 | $ 505.00 | $ 151.50 |

**Total Fees for Professional Services**                          $ 151.50

**EXHIBIT 1**
**PAGE 12**

EXHIBIT 1  PAGE 13



SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

---

10ZX-153404: Evans Dedicated Systems adv. Enrique Enciso (BK)
Richard J. Simmons

April 12, 2010
Invoice 222758263
Page 3 of 3

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776444 | 409.92 | 404.00 | 5.92 | 0.00 | $ 409.92 |
| 09/10/10 | 222801601 | 2,412.00 | 2,412.00 | 0.00 | 0.00 | 2,412.00 |
| | | | Total Outstanding Fees and Disbursements | | | $ 2,821.92 |
| | | | Fees and Disbursements Due for this Invoice | | | 0.00 |
| | | | **Total Due For This Matter** | | | **$ 2,821.92** |

**EXHIBIT 1**
**PAGE 13**

EXHIBIT 1  PAGE 14



43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

Ms. Judy Kalmikov                                    SMRH Tax ID 95-1463164
President                                                            April 12, 2010
Evans Dedicated Systems, Inc.                        Invoice 222758262
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040-3039

Our Matter No.      10ZX-153403
                    Evans Dedicated Systems - Miscellaneous Labor (BK)
Billing Atty:       Richard J. Simmons

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  MARCH 31, 2010

Current Fees                              $ 3,651.00

Total Current Activity                              $ 3,651.00
Monies Applied From Trust                          $ (3,651.00)
Total Due for This Invoice                          $ 0.00

**EXHIBIT 1**
**PAGE 14**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 15



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

10ZX-153403:  Evans Dedicated Systems - Miscellaneous Labor (BK)          April 12, 2010
Richard J. Simmons                                                        Invoice 222758262
                                                                          Page 2 of 4

### FOR PROFESSIONAL SERVICES THROUGH 03/31/10

### FEE DETAIL

02/15/10    Reviewed communications and worked on memorandum agreement.

        Douglas R. Hart              .30 hrs.       $ 540.00/hr.

02/16/10    Telephone conference with client re strategy (.2).  Worked on Memorandum
            Agreement (1.4).  Telephone conference with Bankruptcy attorney re report to court
            (.2).

        Douglas R. Hart              1.80 hrs.      $ 540.00/hr.

02/19/10    Telephone conference with Union lawyer re response to final offer (.2).  Worked on
            communications to client re union's counter offer (.6).

        Douglas R. Hart              .80 hrs.       $ 540.00/hr.

02/22/10    Telephone conferences with union lawyer and client re bargaining proposals.

        Douglas R. Hart              .40 hrs.       $ 540.00/hr.

03/02/10    Worked on proposal to union.

        Douglas R. Hart              .20 hrs.       $ 540.00/hr.

03/03/10    Revised MOU.

        Jennifer B. Zargarof         .60 hrs.       $ 505.00/hr.

03/04/10    Worked on response to union counterproposals and telephone conferences with client
            re same.

        Douglas R. Hart              1.20 hrs.      $ 540.00/hr.

03/08/10    Worked on contract proposal.

        Douglas R. Hart              .70 hrs.       $ 540.00/hr.

**EXHIBIT 1**
**PAGE 15**

EXHIBIT 1  PAGE 16



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

10ZX-153403: Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

April 12, 2010
Invoice 222758262
Page 3 of 4

## FEE DETAIL

03/22/10   Reviewed wage proposal and prepared communication re same.

　　　　　　Douglas R. Hart　　　　　　　　.20 hrs.　　$ 540.00/hr.

03/31/10   Reviewed draft contract language and emailed communications with Bankruptcy
　　　　　　counsel.

　　　　　　Douglas R. Hart　　　　　　　　.60 hrs.　　$ 540.00/hr.

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Douglas R. Hart | 6.20 | $ 540.00 | $ 3,348.00 |
| Jennifer B. Zargarof | .60 | $ 505.00 | $ 303.00 |

**Total Fees for Professional Services**　　　　　　　　　$ 3,651.00

EXHIBIT 1
PAGE 16

EXHIBIT 1  PAGE 17



SHEPPARD MULLIN RICHTER & HAMPTON LLP

ATTORNEYS AT LAW

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

10ZX-153403:  Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

April 12, 2010
Invoice 222758262
Page 4 of 4

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776442 | 6,073.50 | 6,023.50 | 50.00 | 0.00 | $  6,073.50 |
| 07/14/10 | 222784252 | 667.75 | 648.00 | 19.75 | 0.00 | 667.75 |
| 08/13/10 | 222794031 | 1,113.00 | 1,113.00 | 0.00 | 0.00 | 1,113.00 |
| 09/10/10 | 222801600 | 52.50 | 52.50 | 0.00 | 0.00 | 52.50 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 7,906.75 |
| Fees and Disbursements Due for this Invoice | 0.00 |
| **Total Due For This Matter** | **$ 7,906.75** |

**EXHIBIT 1**
**PAGE 17**

EXHIBIT 1  PAGE 18



SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

Ms. Judy Kalmikov
President
Evans Dedicated Systems, Inc.
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040-3039

SMRH Tax ID 95-1463164
May 14, 2010
Invoice 222767952

Our Matter No.   10ZX-153405
                 Evans Dedicated Systems adv. Trevor Simons (BK)
Billing Atty:    Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  APRIL 30, 2010

| | |
|---|---|
| Current Fees | $ 606.00 |
| Total Current Activity | $ 606.00 |
| Monies Applied From Trust | $ (606.00) |
| Total Due for This Invoice | $ 0.00 |

EXHIBIT 1
PAGE 18

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 19



43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

---

10ZX-153405: Evans Dedicated Systems adv. Trevor Simons (BK)
Richard J. Simmons

May 14, 2010
Invoice 222767952
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 04/30/10

### FEE DETAIL

04/27/10     Reviewed joint statement and conferred with B. Gaschen re same.

        Jennifer B. Zargarof        .50 hrs.    $ 505.00/hr.

04/28/10     Reviewed removal brief.  Talked to B. Gaschen re changes to same.

        Jennifer B. Zargarof        .70 hrs.    $ 505.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jennifer B. Zargarof | 1.20 | $ 505.00 | $ 606.00 |

**Total Fees for Professional Services**        $ 606.00

**EXHIBIT 1**
**PAGE 19**

EXHIBIT 1  PAGE 20



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

10ZX-153405: Evans Dedicated Systems adv. Trevor Simons (BK)
Richard J. Simmons

May 14, 2010
Invoice 222767952
Page 3 of 3

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776446 | 4,748.75 | 4,739.00 | 9.75 | 0.00 | $ 4,748.75 |
| 07/14/10 | 222784253 | 156.50 | 151.50 | 5.00 | 0.00 | 156.50 |
| 08/13/10 | 222794032 | 583.00 | 583.00 | 0.00 | 0.00 | 583.00 |
| 09/10/10 | 222801602 | 2,212.00 | 2,212.00 | 0.00 | 0.00 | 2,212.00 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 7,700.25 |
| Fees and Disbursements Due for this Invoice | 0.00 |
| **Total Due For This Matter** | **$ 7,700.25** |

**EXHIBIT 1**
**PAGE 20**

EXHIBIT 1  PAGE 21



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

Ms. Judy Kalmikov                                    SMRH Tax ID 95-1463164
President                                                         May 14, 2010
Evans Dedicated Systems, Inc.                        Invoice 222767951
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040-3039

Our Matter No.      10ZX-153404
                    Evans Dedicated Systems adv. Enrique Enciso (BK)
Billing Atty:       Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  APRIL 30, 2010

Current Fees                                   $  505.00

Total Current Activity                              $  505.00
Monies Applied From Trust                           $ (505.00)
Total Due for This Invoice                          $    0.00

**EXHIBIT 1**
**PAGE 21**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 22



43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

10ZX-153404:  Evans Dedicated Systems adv. Enrique Enciso (BK)                                     May 14, 2010
Richard J. Simmons                                                                                  Invoice 222767951
                                                                                                   Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 04/30/10

## FEE DETAIL

04/08/10      Talked to E. Smiley re case status and strategy (.2).  Talked to J. Budin re case status
              (.3).

                  Jennifer B. Zargarof                      .50 hrs.          $ 505.00/hr.

04/19/10      Reviewed relief from stay issue.

                  Jennifer B. Zargarof                      .30 hrs.          $ 505.00/hr.

04/22/10      Talked to J. Kalmikov and L. O'Donnell re *REDACTED* issues.

                  Jennifer B. Zargarof                      .20 hrs.          $ 505.00/hr.

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jennifer B. Zargarof | 1.00 | $ 505.00 | $ 505.00 |

**Total Fees for Professional Services**                              $ 505.00

**EXHIBIT 1**
**PAGE 22**

EXHIBIT 1  PAGE 23



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

10ZX-153404: Evans Dedicated Systems adv. Enrique Enciso (BK)
Richard J. Simmons

May 14, 2010
Invoice 222767951
Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776444 | 409.92 | 404.00 | 5.92 | 0.00 | $ 409.92 |
| 09/10/10 | 222801601 | 2,412.00 | 2,412.00 | 0.00 | 0.00 | 2,412.00 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 2,821.92 |
| Fees and Disbursements Due for this Invoice | 0.00 |
| **Total Due For This Matter** | **$ 2,821.92** |

EXHIBIT 1
PAGE 23

EXHIBIT 1  PAGE 24



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Ms. Judy Kalmikov                                     SMRH Tax ID 95-1463164
President                                                        May 14, 2010
Evans Dedicated Systems, Inc.                         Invoice 222767950
Suite 205
6279 East Slauson Avenue
Los Angeles, CA 90040-3039

Our Matter No.      10ZX-153403
                    Evans Dedicated Systems - Miscellaneous Labor (BK)
Billing Atty:       Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  APRIL 30, 2010

Current Fees                        $ 1,890.00

Total Current Activity                              $ 1,890.00
Monies Applied From Trust                          $ (1,890.00)
Total Due for This Invoice                          $ 0.00

**EXHIBIT 1**
**PAGE 24**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 25



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

---

10ZX-153403:  Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

May 14, 2010
Invoice 222767950
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 04/30/10

### FEE DETAIL

04/19/10     Prepared for and traveled to union office to attend meeting with union re finalizing contract.

Douglas R. Hart                    3.50 hrs.         $ 540.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Douglas R. Hart | 3.50 | $ 540.00 | $ 1,890.00 |

**Total Fees for Professional Services**                    $ 1,890.00

**EXHIBIT 1**
**PAGE 25**

EXHIBIT 1  PAGE 26



SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

---

10ZX-153403: Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

May 14, 2010
Invoice 222767950
Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776442 | 6,073.50 | 6,023.50 | 50.00 | 0.00 | $ 6,073.50 |
| 07/14/10 | 222784252 | 667.75 | 648.00 | 19.75 | 0.00 | 667.75 |
| 08/13/10 | 222794031 | 1,113.00 | 1,113.00 | 0.00 | 0.00 | 1,113.00 |
| 09/10/10 | 222801600 | 52.50 | 52.50 | 0.00 | 0.00 | 52.50 |

| | Total |
|---|---|
| Total Outstanding Fees and Disbursements | $ 7,906.75 |
| Fees and Disbursements Due for this Invoice | 0.00 |
| **Total Due For This Matter** | **$ 7,906.75** |

**EXHIBIT 1**
**PAGE 26**

EXHIBIT 1  PAGE 27



SHEPPARD MULLIN
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

Mr. William Culbertson
COO
Evans Dedicated Systems, Inc.
P.O. Box 9
Maywood, CA 90270

SMRH Tax ID 95-1463164
June 14, 2010
Invoice 222776446

Our Matter No.     10ZX-153405
                   Evans Dedicated Systems adv. Trevor Simons (BK)
Billing Atty:      Richard J. Simmons

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  MAY 31, 2010

| | |
|---|---|
| Current Fees | $ 4,739.00 |
| Current Disbursements | $ 9.75 |

| | |
|---|---|
| Total Current Activity | $ 4,748.75 |
| Total Due for This Invoice | $ 4,748.75 |

**EXHIBIT 1**
**PAGE 27**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 28



SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

10ZX-153405: Evans Dedicated Systems adv. Trevor Simons (BK)      June 14, 2010
Richard J. Simmons                                                Invoice 222776446
                                                                  Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 05/31/10

## FEE DETAIL

| | | | |
|---|---|---|---|
| 05/04/10 | Reviewed dockets for upcoming hearing and status. | | |
| | Julie Wong | .20 hrs. | $ 400.00/hr. |
| 05/05/10 | Prepared for and attended hearings. | | |
| | Jennifer B. Zargarof | 3.80 hrs. | $ 505.00/hr. |
| 05/11/10 | Reviewed Lawsons filing (1.0).  Conferred with Beth and Evan re strategy (.8). | | |
| | Jennifer B. Zargarof | 1.80 hrs. | $ 505.00/hr. |
| 05/12/10 | Prepared for and appeared at bankruptcy court hearings re status and remand. | | |
| | Jennifer B. Zargarof | 3.60 hrs. | $ 505.00/hr. |
| 05/19/10 | Searched case file materials for Memorandum of Points and Authorities in Opposition to Class Certification. | | |
| | Heather Greenspan | .20 hrs. | $ 65.00/hr. |

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jennifer B. Zargarof | 9.20 | $ 505.00 | $ 4,646.00 |
| Julie Wong | .20 | $ 400.00 | $ 80.00 |
| Heather Greenspan | .20 | $ 65.00 | $ 13.00 |

**Total Fees for Professional Services**                        $ 4,739.00

**EXHIBIT 1**
**PAGE 28**

EXHIBIT 1  PAGE 29



**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

10ZX-153405:  Evans Dedicated Systems adv. Trevor Simons (BK)                    June 14, 2010
Richard J. Simmons                                                          Invoice 222776446
                                                                              Page 3 of 4

### SUMMARY OF DISBURSEMENTS

Duplication                                                                        9.75

**Total Disbursements**                                                       $ 9.75

**EXHIBIT 1**
**PAGE 29**

EXHIBIT 1  PAGE 30



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

10ZX-153405: Evans Dedicated Systems adv. Trevor Simons (BK)
Richard J. Simmons

June 14, 2010
Invoice 222776446
Page 4 of 4

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 07/14/10 | 222784253 | 156.50 | 151.50 | 5.00 | 0.00 | $ 156.50 |
| 08/13/10 | 222794032 | 583.00 | 583.00 | 0.00 | 0.00 | 583.00 |
| 09/10/10 | 222801602 | 2,212.00 | 2,212.00 | 0.00 | 0.00 | 2,212.00 |
| | | Total Outstanding Fees and Disbursements | | | | $ 2,951.50 |
| | | Fees and Disbursements Due for this Invoice | | | | 4,748.75 |
| | | Total Due For This Matter | | | | $ 7,700.25 |

EXHIBIT 1
PAGE 30

EXHIBIT 1  PAGE 31



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Mr. William Culbertson
COO
Evans Dedicated Systems, Inc.
P.O. Box 9
Maywood, CA 90270

SMRH Tax ID 95-1463164
June 14, 2010
Invoice 222776444

Our Matter No.    10ZX-153404
                  Evans Dedicated Systems adv. Enrique Enciso (BK)
Billing Atty:     Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  MAY 31, 2010

| | | |
|---|---|---|
| Current Fees | $ 404.00 | |
| Current Disbursements | $ 5.92 | |
| Total Current Activity | | $ 409.92 |
| Total Due for This Invoice | | $ 409.92 |

**EXHIBIT 1**
**PAGE 31**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 32



SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

10ZX-153404: Evans Dedicated Systems adv. Enrique Enciso (BK)
Richard J. Simmons

June 14, 2010
Invoice 222776444
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 05/31/10

### FEE DETAIL

05/15/10    Emailed with L. O'Connell re hours of service issue (.4).  Emailed sample pay stub and
            description (.4).

        Jennifer B. Zargarof         .80 hrs.      $ 505.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg.<br>Rate/Hr | Dollars |
|---|---|---|---|
| Jennifer B. Zargarof | .80 | $ 505.00 | $ 404.00 |

**Total Fees for Professional Services**      $ 404.00

### SUMMARY OF DISBURSEMENTS

03/01/10      Pacer Legal Research. Period 3/1/2010-3/31/2010.      5.92

**Total Disbursements**      $ 5.92

EXHIBIT 1
PAGE 32

EXHIBIT 1  PAGE 33



**SHEPPARD MULLIN**

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

---

10ZX-153404:  Evans Dedicated Systems adv. Enrique Enciso (BK)
Richard J. Simmons

June 14, 2010
Invoice 222776444
Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 09/10/10 | 222801601 | 2,412.00 | 2,412.00 | 0.00 | 0.00 | $ 2,412.00 |
| | | | Total Outstanding Fees and Disbursements | | | $ 2,412.00 |
| | | | Fees and Disbursements Due for this Invoice | | | 409.92 |
| | | | **Total Due For This Matter** | | | **$ 2,821.92** |

EXHIBIT 1
PAGE 33

EXHIBIT 1  PAGE 34



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Mr. William Culbertson
COO
Evans Dedicated Systems, Inc.
P.O. Box 9
Maywood, CA 90270

SMRH Tax ID 95-1463164
June 14, 2010
Invoice 222776442

Our Matter No.    10ZX-153403
                  Evans Dedicated Systems - Miscellaneous Labor (BK)
Billing Atty:     Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  MAY 31, 2010

| | |
|---|---|
| Current Fees | $ 6,023.50 |
| Current Disbursements | $ 50.00 |
| | |
| Total Current Activity | $ 6,073.50 |
| Total Due for This Invoice | $ 6,073.50 |

EXHIBIT 1
PAGE 34

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 35



43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

---

10ZX-153403: Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

June 14, 2010
Invoice 222776442
Page 2 of 4

FOR PROFESSIONAL SERVICES THROUGH 05/31/10

### FEE DETAIL

05/03/10      Worked on pay stub issue.  Telephone conference with client re union contract issues.

        Douglas R. Hart                1.20 hrs.        $ 540.00/hr.

05/04/10      Communications with client re union issues.  Worked on pay stub issues.

        Douglas R. Hart                .80 hrs.        $ 540.00/hr.

05/04/10      Analyzed pay stub compliance issues and related matters and conferred re same.

        Jason R. Gasper                .40 hrs.        $ 505.00/hr.

05/07/10      Prepared for meeting with union and meeting with union.

        Douglas R. Hart                2.80 hrs.        $ 540.00/hr.

05/07/10      Reviewed DLSE sample pay stub for piece rate employees and analyzed pay stub
        compliance issues and company's proposal re same.

        Jason R. Gasper                .30 hrs.        $ 505.00/hr.

05/11/10      Worked on motion re setting aside collective bargaining agreement.

        Douglas R. Hart                .40 hrs.        $ 540.00/hr.

05/25/10      Traveled to union and met with union re negotiations.

        Douglas R. Hart                3.00 hrs.        $ 540.00/hr.

05/28/10      Worked on pleadings re motion to set aside cba.

        Douglas R. Hart                2.30 hrs.        $ 540.00/hr.

**EXHIBIT 1
PAGE 35**

EXHIBIT 1  PAGE 36



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

10ZX-153403:  Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

June 14, 2010
Invoice 222776442
Page 3 of 4

## SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Douglas R. Hart | 10.50 | $ 540.00 | $ 5,670.00 |
| Jason R. Gasper | .70 | $ 505.00 | $ 353.50 |

**Total Fees for Professional Services** $ 6,023.50

## SUMMARY OF DISBURSEMENTS

Duplication 50.00

**Total Disbursements** $ 50.00

EXHIBIT 1
PAGE 36

EXHIBIT 1  PAGE 37



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

10ZX-153403: Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

June 14, 2010
Invoice 222776442
Page 4 of 4

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 07/14/10 | 222784252 | 667.75 | 648.00 | 19.75 | 0.00 | $ 667.75 |
| 08/13/10 | 222794031 | 1,113.00 | 1,113.00 | 0.00 | 0.00 | 1,113.00 |
| 09/10/10 | 222801600 | 52.50 | 52.50 | 0.00 | 0.00 | 52.50 |

Total Outstanding Fees and Disbursements | $ 1,833.25
Fees and Disbursements Due for this Invoice | 6,073.50
**Total Due For This Matter** | **$ 7,906.75**

EXHIBIT 1
PAGE 37

EXHIBIT 1  PAGE 38



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Mr. William Culbertson                                SMRH Tax ID 95-1463164
COO                                                             July 14, 2010
Evans Dedicated Systems, Inc.                       Invoice 222784252
P.O. Box 9
Maywood, CA 90270

Our Matter No.    10ZX-153403
                          Evans Dedicated Systems - Miscellaneous Labor (BK)
Billing Atty:        Richard J. Simmons

## INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  JUNE 30, 2010

Current Fees                                    $  648.00
Current Disbursements                     $  19.75

Total Current Activity                                         $  667.75

Total Due for This Invoice                                  $  667.75

EXHIBIT 1
PAGE 38

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 39



43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

---

10ZX-153403:  Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

July 14, 2010
Invoice 222784252
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 06/30/10

### FEE DETAIL

06/06/10        Worked on motion to set aside CBA.

        Douglas R. Hart                1.20 hrs.        $ 540.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Douglas R. Hart | 1.20 | $ 540.00 | $ 648.00 |

**Total Fees for Professional Services**                $ 648.00

### SUMMARY OF DISBURSEMENTS

Duplication                                19.75

**Total Disbursements**                        $ 19.75

**EXHIBIT 1**
**PAGE 39**

EXHIBIT 1  PAGE 40



**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
A T T O R N E Y S   A T   L A W

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

10ZX-153403: Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

July 14, 2010
Invoice 222784252
Page 3 of 3

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776442 | 6,073.50 | 6,023.50 | 50.00 | 0.00 | $ 6,073.50 |
| 08/13/10 | 222794031 | 1,113.00 | 1,113.00 | 0.00 | 0.00 | 1,113.00 |
| 09/10/10 | 222801600 | 52.50 | 52.50 | 0.00 | 0.00 | 52.50 |

Total Outstanding Fees and Disbursements    $ 7,239.00
Fees and Disbursements Due for this Invoice    667.75
**Total Due For This Matter**    **$ 7,906.75**

EXHIBIT 1
PAGE 40

EXHIBIT 1  PAGE 41



43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 *office*  |  213-620-1398 *fax*  |  *www.sheppardmullin.com*

Mr. William Culbertson                        SMRH Tax ID 95-1463164
COO                                                  July 14, 2010
Evans Dedicated Systems, Inc.                 Invoice 222784253
P.O. Box 9
Maywood, CA 90270

Our Matter No.    10ZX-153405
                  Evans Dedicated Systems adv. Trevor Simons (BK)
Billing Atty:     Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH  JUNE 30, 2010

Current Fees                              $ 151.50
Current Disbursements                     $   5.00

Total Current Activity                                  $ 156.50
Total Due for This Invoice                             $ 156.50

**EXHIBIT 1**
**PAGE 41**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 42



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

---

10ZX-153405: Evans Dedicated Systems adv. Trevor Simons (BK)
Richard J. Simmons

July 14, 2010
Invoice 222784253
Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 06/30/10

### FEE DETAIL

06/01/10    Reviewed ad responded to emails regardingmediation.  Reviewed orders
regardingremoval.

Jennifer B. Zargarof                    .30 hrs.        $ 505.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Jennifer B. Zargarof | .30 | $ 505.00 | $ 151.50 |

**Total Fees for Professional Services**                    $ 151.50

### SUMMARY OF DISBURSEMENTS

Duplication                                                        5.00

**Total Disbursements**                                    $ 5.00

EXHIBIT 1
PAGE 42

EXHIBIT 1  PAGE 43



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

10ZX-153405: Evans Dedicated Systems adv. Trevor Simons (BK)
Richard J. Simmons

July 14, 2010
Invoice 222784253
Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776446 | 4,748.75 | 4,739.00 | 9.75 | 0.00 | $ 4,748.75 |
| 08/13/10 | 222794032 | 583.00 | 583.00 | 0.00 | 0.00 | 583.00 |
| 09/10/10 | 222801602 | 2,212.00 | 2,212.00 | 0.00 | 0.00 | 2,212.00 |

| | |
|---|---|
| Total Outstanding Fees and Disbursements | $ 7,543.75 |
| Fees and Disbursements Due for this Invoice | 156.50 |
| **Total Due For This Matter** | **$ 7,700.25** |

EXHIBIT 1
PAGE 43

EXHIBIT 1  PAGE 44



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

Mr. William Culbertson                                SMRH Tax ID 95-1463164
COO                                                              August 13, 2010
Evans Dedicated Systems, Inc.                           Invoice 222794031
P.O. Box 9
Maywood, CA 90270

Our Matter No.      10ZX-153403
                    Evans Dedicated Systems - Miscellaneous Labor (BK)
Billing Atty:        Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2010

Current Fees                                 $ 1,113.00

Total Current Activity                                  $ 1,113.00
Total Due for This Invoice                              $ 1,113.00

EXHIBIT 1
PAGE 44

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 45



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 office | 213-620-1398 fax | www.sheppardmullin.com

---

107X-153403: Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

August 13, 2010
Invoice 222794031
Page 2 of 3

### FOR PROFESSIONAL SERVICES THROUGH 07/31/10

#### FEE DETAIL

07/01/10    Emailed with Judy Kalmikov re **REDACTED** issues (.1). Conferred with Ms.
Kalkmikov and Evans team re **REDACTED** issues for     **REDACTED**     employees,
options for handling, potential risks, and related matters and analyzed issues re same
(.3). Reviewed excerpt from     **REDACTED**     issues, analyzed same, and conferred
with Ms. Kalmikov re same (.6).

    Jason R. Gasper        1.00 hrs.    $ 505.00/hr.

07/21/10    Reviewed correspondence from Judy Kalmikov re **REDACTED** issues, analyzed same,
and prepared for and participated in conference call with Evans team re same (1.0).
Reviewed **REDACTED** regulations re **REDACTED** issues (.1).

    Jason R. Gasper        1.10 hrs.    $ 505.00/hr.

07/23/10    Reviewed order of bankruptcy court.

    Richard J. Simmons        .10 hrs.    $ 525.00/hr.

#### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Richard J. Simmons | .10 | $ 525.00 | $ 52.50 |
| Jason R. Gasper | 2.10 | $ 505.00 | $ 1,060.50 |

Total Fees for Professional Services        $ 1,113.00

EXHIBIT 1
PAGE 45

EXHIBIT 1  PAGE 46



**SHEPPARD MULLIN**
SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

10ZX-153403: Evans Dedicated Systems - Miscellaneous Labor (BK)
Richard J. Simmons

August 13, 2010
Invoice 222794031
Page 3 of 3

## ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776442 | 6,073.50 | 6,023.50 | 50.00 | 0.00 | $ 6,073.50 |
| 07/14/10 | 222784252 | 667.75 | 648.00 | 19.75 | 0.00 | 667.75 |
| 09/10/10 | 222801600 | 52.50 | 52.50 | 0.00 | 0.00 | 52.50 |
| | | Total Outstanding Fees and Disbursements | | | | $ 6,793.75 |
| | | Fees and Disbursements Due for this Invoice | | | | 1,113.00 |
| | | **Total Due For This Matter** | | | | **$ 7,906.75** |

**EXHIBIT 1**
**PAGE 46**

EXHIBIT 1  PAGE 47



43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

Mr. William Culbertson
COO
Evans Dedicated Systems, Inc.
P.O. Box 9
Maywood, CA 90270

SMRH Tax ID 95-1463164
August 13, 2010
Invoice 222794032

Our Matter No.    10ZX-153405
                  Evans Dedicated Systems adv. Trevor Simons (BK)
Billing Atty:     Richard J. Simmons

### INVOICE SUMMARY

FOR PROFESSIONAL SERVICES THROUGH JULY 31, 2010

| | | |
|---|---|---|
| Current Fees | | $ 583.00 |
| Total Current Activity | | $ 583.00 |
| Total Due for This Invoice | | $ 583.00 |

**EXHIBIT 1**
**PAGE 47**

Payment Terms:  Balance due upon receipt of this statement.

EXHIBIT 1  PAGE 48



43rd Floor  |  333 South Hope Street  |  Los Angeles, CA 90071-1448
213-620-1780 office  |  213-620-1398 fax  |  www.sheppardmullin.com

---

10ZX-153405:  Evans Dedicated Systems adv. Trevor Simons (BK)          August 13, 2010
Richard J. Simmons                                                                          Invoice 222794032
                                                                                                       Page 2 of 3

FOR PROFESSIONAL SERVICES THROUGH 07/31/10

### FEE DETAIL

07/27/10      Reviewed open issues re class claims; telephone conference with Judy Kalmikov re
              status and strategy (1.0); sent Kalmikov material from NLRB website (.1).

              Charles F. Barker                       1.10 hrs.        $ 530.00/hr.

### SUMMARY OF TIMEKEEPER FEES

| Timekeeper Name | Hours | Avg. Rate/Hr | Dollars |
|---|---|---|---|
| Charles F. Barker | 1.10 | $ 530.00 | $ 583.00 |

**Total Fees for Professional Services**                      $ 583.00

EXHIBIT 1
PAGE 48

EXHIBIT 1  PAGE 49



**SHEPPARD MULLIN**

SHEPPARD MULLIN RICHTER & HAMPTON LLP
A T T O R N E Y S   A T   L A W

43rd Floor | 333 South Hope Street | Los Angeles, CA 90071-1448
213-620-1780 *office* | 213-620-1398 *fax* | *www.sheppardmullin.com*

10ZX-153405: Evans Dedicated Systems adv. Trevor Simons (BK)
Richard J. Simmons

August 13, 2010
Invoice 222794032
Page 3 of 3

### ACCOUNTS RECEIVABLE SUMMARY

| Invoice Date | Invoice Number | Invoice Amount | Fees | Disbs | Payments & Credits | Total |
|---|---|---|---|---|---|---|
| 06/14/10 | 222776446 | 4,748.75 | 4,739.00 | 9.75 | 0.00 | $ 4,748.75 |
| 07/14/10 | 222784253 | 156.50 | 151.50 | 5.00 | 0.00 | 156.50 |
| 09/10/10 | 222801602 | 2,212.00 | 2,212.00 | 0.00 | 0.00 | 2,212.00 |
| | | | Total Outstanding Fees and Disbursements | | | $ 7,117.25 |
| | | | Fees and Disbursements Due for this Invoice | | | 583.00 |
| | | | **Total Due For This Matter** | | | **$ 7,700.25** |

**EXHIBIT 1
PAGE 49**

EXHIBIT 1  PAGE 50

| In re: | | CHAPTER: 11 |
|---|---|---|
| **EVANS DEDICATED SYSTEMS** | Debtor(s). | CASE NUMBER: **10-10354** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**650 Town Center Drive, Suite 950, Costa Mesa, California 92626**

A true and correct copy of the foregoing document described **PROFESSIONAL FEE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.   On **September 17, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **September 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☑ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 17, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas Donovan, 255 E. Temple Street, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 17, 2010 | Kelly M. Rivera | *Kelly Rivera* (signature) |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
0.0

**F 9013-3.1**

## SERVICE LIST

UNITED STATES TRUSTEE
ERNST & YOUNG PLAZA
725 SOUTH FIGUEROA ST., 26TH FL.
LOS ANGELES, CA 90017

MR. WILLIAM CULBERTSON
EVANS DEDICATED SYSTEMS, INC.
6279 E. SLAUSON AVE, SUITE 205
LOS ANGELES, CALIFORNIA
90040-3039
**DEBTOR**

**REQUEST FOR SPECIAL NOTICE**
JAMES E. TIEMSTRA
LAW OFFICES OF JAMES A.
TIEMSTRA
TRIBUNE TOWER
409 THIRTEENTH ST., 15TH FLOOR
OAKLAND, CA 94612-2605
**ATTORNEYS FOR CREDITOR
ENG MOTOR TRUCK CO. DBA
ENGS COMMERCIAL FINANCE**

**20 LARGEST UNSECURED
CREDITORS**
ABC BATTERY
ATTN: LYNN SHEEK
10810 GARFIELD AVE.
SOUTH GATE, CA 90280

ALTERNATIVE HOSE, INC.
ATTN: JULIE CASEY
1251 SUNSHINE WAY
ANAHEIM, CA 92806

AMERICAN MOVING PARTS
ATTN: ARELY BORJA
695 S. SANTA FE AVE.
LOS ANGELES, CA 90021

ANTONIO M. LAWSON, ESQ.
160 FRANKLIN STREET, SUITE 204
OAKLAND, CA 94607

ARAMARK UNIFORM SERVICES
ATTN: ACCOUNT RECEIVABLE
115 N FIRST STREET
BURBANK, CA 91502

BEALL CORPORATION
ATTN: CHERYL DAVIDOVICH
P.O. BOX 4687
PORTLAND, OR 97208-4687

BRIDGESTONE AMERICAS
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 100411
PASADENA, CA 91189-0411

DRAKE SUPPLY COMPANY
ATTN: TAMMY CARMONA
3006 RED HAT LANE
CITY OF INDUSTRY, CA 90601

FRANKLIN TRUCK PARTS, INC.
ATTN: BECKY TANNER
6925 BANDINI BLVD.
COMMERCE, CA 90040

INLAND KENWORTH, INC.
ATTN: MARTHA MEDEI
9730 CHERRY AVENUE
FONTANA, CA 92355

J & L TANK COMPANY
ATTN: PATTY MICISCHIA
5415 MARTIN L. KING BLVD.
LYNWOOD, CA 90262

JERRY N. BUDIN, ESQ.
2401 E. ORANGEBURG AVE.
SUITE 675-309
MODESTO, CA 95355

LOS ANGELES FREIGHTLINER
ATTN: MARTHA SERRANO
P.O. BOX 60816
LOS ANGELES, CA 90060-0816

MICHELIN NORTH AMERICA, INC
ATTN: MAIA PEROTT
12398 COLLECTIONS CENTER DR.
CHICAGO, IL 06069-3000

PARAMOUNT TANK, INC.
ATTN: LOTTIE SANGER
14066 ORANGE AVE.
PARAMOUNT, CA 90723

PARKHOUSE TIRE, INC.
ATTN: TERRY ESTRADA
P.O. BOX 2430
BELL GARDENS, CA 90202

SOURCEONE OFFICE PRODUCTS
ATTN: ED GERBERSHAGEN
12434 BELLFLOWER BLVD.
DOWNEY, CA 90242

UNIFIRST CORPORATION
ATTN: ACCOUNTS RECEIVABLE
16434 PIONEER BLVD.
NORWALK, CA 90650

WELD-IT INDUSTRIES
ATTN: MICHELL
4477 SHIELA STREET
LOS ANGELES, CA 90023

WESTERN PACIFIC PRODUCTS, INC.
ATTN: KIM HARRIS
2286 DEL MONTE STREET
W SACRAMENTO, CA 95691

## Electronic Mail Notice List

Kyra E Andrassy    kandrassy@wgllp.com
Beth Gaschen    bgaschen@wgllp.com
Dare Law    dare.law@usdoj.gov
Donna T Parkinson    donna@parkinsonphinney.com
Evan D Smiley    esmiley@wgllp.com
James A Tiemstra    jat@tiemlaw.com, sml@tiemlaw.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov