| Attorney or Party Name, Address and Telephone Number:<br>**WEILAND, GOLDEN,**<br>**SMILEY, WANG EKVALL & STROK, LLP**<br>Evan D. Smiley, State Bar No. 161812<br>esmiley@wgllp.com<br>Beth E. Gaschen, State Bar No. 245894<br>bgaschen@wgllp.com<br>650 Town Center Drive, Suite 950<br>Costa Mesa, California 92626<br>Telephone: (714) 966-1000; Facsimile: (714) 966-1002<br>Counsel for the Debtor and Debtor-in-Possession | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>EVANS DEDICATED SYSTEMS, INC., a California corporation,<br><br>    Debtor and Debtor-in-Possession. | CHAPTER 11 CASE NUMBER<br>2:10-bk-10354-TD |
|---|---|
| | NOTICE OF PROFESSIONAL FEE STATEMENT<br>AND PROFESSIONAL FEE STATEMENT<br>NUMBER: 8<br>PERIOD: August 1 - 31, 2010 |

1. Name of professional: Weiland, Golden, Smiley, Wang Ekvall & Strok, LLP (the "Firm")
2. Date of entry of order approving employment of the professional: March 8, 2010
3. Initial retainer received by professional: $500,000.00
4. Less: total amount of pre-petition services rendered and expenses: $ 53,201.84
5. Balance of funds remaining on petition date: $446,798.16
6. Less fees and expenses per prior fee statements: $150,450.69
7. Current retainer balance: $296,347.47
8. Less: total amount of services and expenses this reporting period: $ 9,213.65
9. Balance of funds remaining for next reporting period: $287,133.82

DETAILED DOCUMENTATION SUPPORTING THE PROFESSIONAL FEES EARNED AND THE EXPENSES INCURRED DURING THIS REPORTING PERIOD HAS BEEN SERVED ON THE OFFICE OF THE UNITED STATES TRUSTEE AND THE DEBTOR. A COPY OF THIS FEE STATEMENT (WITHOUT EXHIBIT) HAS BEEN SERVED ON THE 20 LARGEST CREDITORS AND THOSE PARTIES WHO HAVE REQUESTED SPECIAL NOTICE. A COPY OF THE DETAILED DOCUMENTATION WILL BE PROVIDED BY THE FIRM TO ANY PARTY UPON REQUEST. FEES AND COSTS WILL BE PAID IN THE AMOUNT STATED IN ITEM 8 ABOVE UNLESS AN OBJECTION IS SERVED ON THE DEBTOR AND THE FIRM WITHIN 10 DAYS FROM THE DATE OF SERVICE OF THIS STATEMENT.

10. Total number of pages attached hereto: 6

The above is a true and correct statement of fees earned and expenses incurred during the indicated reporting period.

Dated: September 27, 2010

WEILAND, GOLDEN, SMILEY, WANG EKVALL & STROK, LLP
(Name of Professional)

EVAN D. SMILEY
(Signature of Professional)

**WEILAND, GOLDEN,
SMILEY, WANG EKVALL & STROK, LLP
650 TOWN CENTER DRIVE - SUITE 950
COSTA MESA, CALIFORNIA 92626
714-966-1000 (TEL) 714-966-1002 (FAX)
WEBSITE: WWW.WGLLP.COM
TAX ID. 33-0670296**

SEPTEMBER 1, 2010

| | |
|---|---|
| EVANS DEDICATED SYSTEMS, INC.<br>19516 ELDERWOOD CIRCLE<br>HUNTINGTON BEACH, CA 92648<br>C/O JUDY KALMIKOV | OUR FILE: EVA01.0002 |

STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2010

RE:   CHAPTER 11
       INVOICE # 16378
       RESPONSIBLE ATTY: EVAN D. SMILEY

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/02/10 | BEG | CORRESPONDENCE TO CLIENT RE MOTION TO EXTEND PLAN DEADLINES | 0.10 | 320 | 32.00 |
| 08/02/10 | BEG | REVIEW AND REVISE AND EXECUTE DEBTOR'S SECOND MOTION FOR EXTENSION OF PLAN EXCLUSIVITY DEADLINES | 0.40 | 320 | 128.00 |
| 08/02/10 | BEG | REVIEW AND EXECUTE NOTICE OF SECOND MOTION TO EXTEND PLAN EXCLUSIVITY DEADLINES | 0.10 | 320 | 32.00 |
| 08/03/10 | CBM | PREPARATION OF FEE STATEMENT | 0.20 | 220 | 44.00 |
| 08/03/10 | CBM | EXCHANGE OF E-MAILS WITH JIM WALKER RE PREPARATION AND FILING OF WEISS'S FEE STATEMENT NO. 2 | 0.10 | 220 | 22.00 |
| 08/03/10 | BEG | PREPARATION OF CHAPTER 11 CASE STATUS REPORT | 1.30 | 320 | 416.00 |
| 08/03/10 | BEG | REVIEW AND REVISE CHAPTER 11 STATUS CONFERENCE REPORT | 0.30 | 320 | 96.00 |
| 08/03/10 | KEA | REVIEW AND REVISE CHAPTER 11 STATUS REPORT | 0.10 | 450 | 45.00 |
| 08/03/10 | BEG | REVIEW LASC DOCKET FOR STATUS CONFERENCE INFORMATION | 0.10 | 320 | 32.00 |
| 08/03/10 | BEG | REVIEW AND EXECUTE CHAPTER 11 CASE STATUS REPORT | 0.20 | 320 | 64.00 |
| 08/04/10 | EDS | TELEPHONE CONFERENCE W/ JUDY RE UPCOMING STATUS CONFERENCE AT COMPANY | 0.10 | 560 | 56.00 |

EXHIBIT 1  PAGE 2

PAGE 2
SEPTEMBER 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/04/10 | EDS | MEETING WITH JUDY AND BILL RE STATUS OF LITIGATION, CLAIMS AND PLAN | 0.80 | 560 | 448.00 |
| 08/04/10 | EDS | PREPARATION OF MEMO TO PARMES RE UPDATE ON CASE. | 0.10 | 560 | 56.00 |
| 08/04/10 | CBM | PREPARATION OF WEISS'S FEE STATEMENT NO. 2 | 0.10 | 220 | 22.00 |
| 08/04/10 | KEA | MEETING WITH CLIENT RE STRATEGY | 0.50 | 450 | 225.00 |
| 08/04/10 | KEA | CORRESPONDENCE TO TONY LAWSON RE MEDIATION PAPERWORK AND SCHEDULING | 0.10 | 450 | 45.00 |
| 08/05/10 | KEA | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM TONY LAWSON RE MEDIATION AND CORRESPONDENCE TO JUDY RE SAME | 0.10 | 450 | 45.00 |
| 08/05/10 | CMY | PREPARATION OF CORRESPONDENCE TO BILL CULBERTSON RE: FEES AND COSTS FOR JULY | 0.10 | 220 | 22.00 |
| 08/09/10 | CBM | PREPARATION OF JULY FEE STATEMENT | 0.30 | 220 | 66.00 |
| 08/10/10 | EDS | TELEPHONE CONFERENCE W/ CHARLIE RE STATUS CONF TOMORROW | 0.10 | 560 | 56.00 |
| 08/10/10 | BEG | CORRESPONDENCE TO CLIENT RE ENTERED ORDER GRANTING MOTION TO APPROVE COMPROMISE AND ASSUME CBA | 0.10 | 320 | 32.00 |
| 08/10/10 | KEA | STRATEGIZE RE CLASS DECERTIFICATION MOTION AND RELATION TO CLAIM ESTIMATION MOTION | 0.10 | 450 | 45.00 |
| 08/11/10 | EDS | ATTENDANCE AT STATUS CONF HEARING ON CHAPTER 11 AND ON CLASS ACTION ADVERSARY | 4.30 | 560 | 2,408.00 |
| 08/11/10 | KEA | CORRESPONDENCE TO DAVID GOULD RE MEDIATION SCHEDULING | 0.10 | 450 | 45.00 |
| 08/11/10 | BEG | REVIEW AND ANALYSIS OF VARIOUS EMAILS ON DATES FOR MEDIATION | 0.10 | 320 | 32.00 |
| 08/12/10 | KEA | TELEPHONE CONFERENCE W/ JJERRY BUDIN RE NINTH CIRCUIT APPEAL | 0.20 | 450 | 90.00 |
| 08/16/10 | CBM | TELEPHONE CONFERENCE WITH ROBERT SAHYAN RE ASSISTANCE WITH PREPARING MONTHLY FEE STATEMENTS AND TIMING OF SETTING FEE HEARING | 0.10 | 220 | 22.00 |
| 08/16/10 | CBM | PREPARATION OF E-MAIL TO ROBERT SAHYAN ATTACHING SAMPLE FEE STATEMENTS | 0.20 | 220 | 44.00 |
| 08/16/10 | KEA | REVIEW AND ANALYSIS OF STATUS OF MONTHLY FEE STATEMENTS FOR SHEPPARD MULLIN AND EXCHANGE OF VARIOUS CORRESPONDENCE RE SAME | 0.10 | 450 | 45.00 |

EXHIBIT 1  PAGE 3

Case 2:10-bk-10354-TD    Doc 148    Filed 09/27/10    Entered 09/27/10 14:17:22    Desc
Main Document    Page 4 of 11

PAGE 3
SEPTEMBER 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/17/10 | CMY | PREPARATION OF JULY MOR FOR SERVICE AND FILING | 0.20 | 220 | 44.00 |
| 08/18/10 | BEG | REVIEW AND EXECUTE NOTICE OF DISCLOSURE RE EMPLOYMENT (TESORO REPRESENTATION) | 0.20 | 320 | 64.00 |
| 08/19/10 | CBM | PREPARATION OF WG'S JULY FEE STATEMENT | 1.00 | 220 | 220.00 |
| 08/19/10 | KEA | CORRESPONDENCE TO TONY LAWSON RE MEDIATION SCHEDULING | 0.10 | 450 | 45.00 |
| 08/20/10 | CBM | PREPARATION OF DECLARATION OF B. GASCHEN REGARDING NON-OPPOSITION TO MOTION TO EXTEND EXCLUSIVITY | 0.50 | 220 | 110.00 |
| 08/20/10 | BEG | PREPARATION OF DECLARATION OF NON-OPP FOR SECOND MOTION TO EXTEND EXCLUSIVITY | 0.10 | 320 | 32.00 |
| 08/20/10 | BEG | REVIEW AND ANALYSIS OF ISSUE OF NOTICE OF SECOND MOTION TO EXTEND EXCLUSIVITY | 0.20 | 320 | 64.00 |
| 08/23/10 | BEG | REVIEW AND ANALYSIS OF ISSUE RE FILING OF NOTICE TO CORRECT DOCKET AND FILING DECLARATION NON-OPP SECOND MOTION TO EXTEND EXCLUSIVITY | 0.10 | 320 | 32.00 |
| 08/24/10 | EDS | TELEPHONE CONFERENCE W/ JUDY AND BILL RE STATUS OF CASE AND ESTIMATION PROCEEDINGS | 0.40 | 560 | 224.00 |
| 08/24/10 | CBM | REVIEW EXPIRATION OF NOTICE PERIOD FOR WEISS'S FEE STATEMENT NO. 2 | 0.10 | 220 | 22.00 |
| 08/24/10 | CBM | PREPARATION OF E-MAIL TO JIM WALKER RE NOTICE PERIOD FOR FEE STATEMENT NO. 2 HAS EXPIRED WITHOUT OPPOSITION | 0.10 | 220 | 22.00 |
| 08/24/10 | CBM | REVIEW POSSIBLE NEED FOR SHEPPARD MULLIN TO FILE NOTICE OF DISCLOSURE RE CHARLES BARKER | 0.10 | 220 | 22.00 |
| 08/24/10 | CBM | PREPARATION OF E-MAIL TO CHARLES BARKER RE POSSIBLE NEED TO FILE NOTICE OF DISCLOSURE RE SHEPPARD MULLINS, EMPLOYMENT AND RE MODIFIED FEE APPLICATION PROCEDURES | 0.10 | 220 | 22.00 |
| 08/24/10 | CBM | PREPARATION OF DECLARATION OF B. GASCHEN RE NON-OPPOSITION TO SECOND MOTION TO EXTEND EXCLUSIVITY | 0.80 | 220 | 176.00 |
| 08/24/10 | CBM | PREPARATION OF ORDER GRANTING SECOND MOTION TO EXTEND EXCLUSIVITY | 0.70 | 220 | 154.00 |
| 08/24/10 | BEG | PREPARATION, REVIEW AND EXECUTION OF NOTICE OF CORRECTION TO DOCKET ENTRY NO. 125 | 0.60 | 320 | 192.00 |

EXHIBIT 1 PAGE 4

PAGE 4
SEPTEMBER 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2010
OUR FILE: EVA01.0002

| DATE | ATTY | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| 08/24/10 | BEG | REVIEW AND ANALYSIS OF ISSUE RE DECL. NON-OPP TO MOTION TO EXTEND EXCLUSIVITY DEADLINES | 0.10 | 320 | 32.00 |
| 08/24/10 | KEA | CORRESPONDENCE TO DAVID GOULD RE MEDIATION | 0.10 | 450 | 45.00 |
| 08/24/10 | BEG | REVIEW DEMAND FOR PAYMENT OF FEES BY CREDITOR | 0.10 | 320 | 32.00 |
| 08/24/10 | CMY | REVIEW OF CORRESPONDENCE RE: FACESHEETS FOR PROFESSIONAL FEES | 0.10 | 220 | 22.00 |
| 08/25/10 | EDS | TELEPHONE CONFERENCE W/ HOWARD LEVINE RE POTENTIAL PLAN OF REORGANIZATION | 0.50 | 560 | 280.00 |
| 08/26/10 | EDS | TELEPHONE CONFERENCE W/ JUDY RE CONVERSATION WITH HOWARD LEVINE | 0.20 | 560 | 112.00 |
| 08/26/10 | EDS | PREPARATION OF MEMO TO H. LEVINE RE CLASS ACTION LITIGATION | 0.20 | 560 | 112.00 |
| 08/26/10 | KEA | CORRESPONDENCE TO JUDY RE SIGNATURE ON REQUEST FOR ASSIGNMENT TO MEDIATION PROGRAM | 0.10 | 450 | 45.00 |
| 08/27/10 | EDS | TELEPHONE CONFERENCE W/ LARRY RE MEDIATION SETTLEMENT CONFERENCE WITH EMPLOYEE AND SETTLEMENT RIGHTS | 0.20 | 560 | 112.00 |
| 08/31/10 | EDS | TELEPHONE CONFERENCE W/ HOWARD LEVINE, JUDY AND BILL RE STATUS OF CASE | 0.60 | 560 | 336.00 |
| 08/31/10 | JH | PREPARATION OF COMPROMISE MOTION | 0.30 | 220 | 66.00 |
| 08/31/10 | CMY | REVIEW AND ANALYSIS OF FILES RE: INFORMATION ON MEDIATAION | 0.10 | 220 | 22.00 |
| 08/31/10 | KEA | EXCHANGE OF CORRESPONDENCE WITH JUDY RE SETTLEMENT MOTION AND TIMING OF PAYMENT | 0.10 | 450 | 45.00 |
| 08/31/10 | JH | PREPARATION OF MOTION FOR ORDER AUTHORIZING COMPROMISE | 2.70 | 220 | 594.00 |

SUMMARY OF SERVICES

| | | | | |
|---|---|---|---|---|
| BEG | BETH E. GASCHEN | 4.10 hr @ 320.00 | $ | 1312.00 |
| CMY | CLAUDIA M. YOSHONIS | 0.50 hr @ 220.00 | $ | 110.00 |
| JH | JANET HOGAN | 3.00 hr @ 220.00 | $ | 660.00 |
| KEA | KYRA R. ANDRASSY | 1.70 hr @ 450.00 | $ | 765.00 |
| EDS | EVAN D. SMILEY | 7.50 hr @ 560.00 | $ | 4200.00 |
| CBM | CYNTHIA B. MEEKER | 4.40 hr @ 220.00 | $ | 968.00 |

| | | |
|---|---|---|
| TOTAL PROFESSIONAL FEES | 21.20 | $ 8,015.00 |

EXHIBIT 1   PAGE 5

Case 2:10-bk-10354-TD    Doc 148    Filed 09/27/10    Entered 09/27/10 14:17:22    Desc
Main Document    Page 6 of 11

PAGE 5
SEPTEMBER 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2010
OUR FILE: EVA01.0002

COSTS AND DISBURSEMENTS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/05/10 | PACER DOCKET SEARCH | 0.16 |
| 04/09/10 | PACER DOCKET SEARCH | 0.40 |
| 04/19/10 | PACER DOCKET SEARCH | 1.92 |
| 04/23/10 | PACER DOCKET SEARCH | 0.16 |
| 04/26/10 | PACER DOCKET SEARCH | 7.28 |
| 05/03/10 | PACER DOCKET SEARCH | 5.76 |
| 05/04/10 | PACER DOCKET SEARCH | 36.48 |
| 05/05/10 | PACER DOCKET SEARCH | 1.20 |
| 05/06/10 | PACER DOCKET SEARCH | 0.32 |
| 05/10/10 | PACER DOCKET SEARCH | 0.32 |
| 05/11/10 | PACER DOCKET SEARCH | 12.40 |
| 05/11/10 | PACER DOCKET SEARCH | 0.48 |
| 05/12/10 | PACER DOCKET SEARCH | 0.88 |
| 05/14/10 | PACER DOCKET SEARCH | 0.96 |
| 05/20/10 | PACER DOCKET SEARCH | 6.56 |
| 05/20/10 | PACER DOCKET SEARCH | 11.36 |
| 05/23/10 | PACER DOCKET SEARCH | 0.72 |
| 05/28/10 | PACER DOCKET SEARCH | 1.04 |
| 06/05/10 | PACER DOCKET SEARCH | 0.56 |
| 06/08/10 | PACER DOCKET SEARCH | 2.72 |
| 06/09/10 | PACER DOCKET SEARCH | 4.72 |
| 06/10/10 | PACER DOCKET SEARCH | 3.44 |
| 06/10/10 | PACER DOCKET SEARCH | 0.32 |
| 06/11/10 | PACER DOCKET SEARCH | 6.96 |
| 06/15/10 | PACER DOCKET SEARCH | 0.88 |
| 06/17/10 | PACER DOCKET SEARCH | 0.88 |
| 06/22/10 | PACER DOCKET SEARCH | 0.32 |
| 06/24/10 | PACER DOCKET SEARCH | 2.16 |
| 06/29/10 | PACER DOCKET SEARCH | 2.80 |
| 06/30/10 | PACER DOCKET SEARCH | 4.40 |
| 06/30/10 | PACER DOCKET SEARCH | 4.88 |
| 06/30/10 | PACER DOCKET SEARCH | 0.40 |
| 06/30/10 | JANNEY & JANNEY MESSENGER CHARGES FOR DELIVERY OF ORDER GRANTING IN PART DEBTOR'S MOTION FOR ORDER AUTHORIZING ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES | 4.75 |
| 06/30/10 | WESTLAW ONLINE LEGAL RESEARCH CHARGES | 52.00 |
| 07/01/10 | WESTLAW ONLINE LEGAL RESEARCH CHARGES | 39.03 |
| 07/21/10 | WESTLAW ONLINE LEGAL RESEARCH CHARGES | 65.05 |
| 07/28/10 | JANNEY & JANNEY MESSENGER CHARGES FOR DELIVERY OF JOINT STATUS REPORT | 7.20 |
| 07/28/10 | WESTLAW ONLINE LEGAL RESEARCH CHARGES | 13.01 |
| 07/29/10 | WESTLAW ONLINE LEGAL RESEARCH CHARGES | 104.08 |
| 08/03/10 | POSTAGE NOTICE/MOTION TO EXTEND EXCLUSIVITY | 32.94 |
| 08/03/10 | PHOTOCOPIES OF NOTICE AND MOTION | 161.00 |
| 08/04/10 | POSTAGE CHAPTER 11 STATUS REPORT | 11.88 |

EXHIBIT 1 PAGE 6

PAGE 6
SEPTEMBER 1, 2010
STATEMENT OF ACCOUNT FOR SERVICES RENDERED THROUGH AUGUST 31, 2010
OUR FILE: EVA01.0002

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/04/10 | PHOTOCOPIES OF CASE STATUS REPORT | 33.75 |
| 08/04/10 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING NOTICE OF FEE STATEMENT NO. 2 -WEISS ACCOUNTANCY CORPORATION | 4.54 |
| 08/04/10 | JANNEY & JANNEY MESSENGER CHARGES FOR RUSH DELIVERY OF NOTICE AND MOTION FOR EXTENSION OF EXCLUSIVITY | 4.54 |
| 08/05/10 | JANNEY & JANNEY MESSENGER CHARGES FOR RUSH DELIVERY OF CHAPTER 11 STATUS CONFERENCE | 4.54 |
| 08/09/10 | JANNEY & JANNEY MESSENGER CHARGES FOR DELIVERY OF USBK OF PROOF OF SERVICE OF ENTERED ORDER GRANTING MOTION TO APPROVE (1) (COMPROMISE OF CONTROVERSY AND (2) ASSUMPTION OF COLLECTIVE BARGAINING AGREEMENT | 4.54 |
| 08/10/10 | PHOTOCOPIES OF ORDER | 0.50 |
| 08/17/10 | ATTORNEY/MESSENGER SERVICE CHARGES FOR DELIVERY OF MONTHLY OPERATING REPORT NO. 7 FOR THE MONTH ENDING JULY 31, 2010 | 55.00 |
| 08/18/10 | POSTAGE NOTICE OF DISCLOSURE REGARDING WG EMPLOYMENT | 11.88 |
| 08/18/10 | PHOTOCOPIES OF NOTICE OF DISCLOSURE | 21.50 |
| 08/19/10 | JANNEY & JANNEY MESSENGER CHARGES FOR RUSH DELIVERY OF NOTICE OF DISCLOSURE REGARDING EMPLOYMENT OF COUNSEL (WGLLP) | 4.54 |
| 08/20/10 | PHOTOCOPIES OF FEE STATEMENT | 84.00 |
| 08/23/10 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING PROFESSIONAL FEE STATEMENT NO. 7 | 4.54 |
| 08/24/10 | POSTAGE NOTICE OF CORRECTION TO DOCKET NO. 125 | 16.47 |
| 08/24/10 | PHOTOCOPIES OF NOTICE OF CORRECTION | 91.00 |
| 08/24/10 | SCANNED DOCUMENTS OF NOTICE OF CORRECTION | 3.75 |
| 08/25/10 | PHOTOCOPIES OF DECLARATION RE NON OPPOSITION | 371.00 |
| 08/25/10 | SCANNED DOCUMENTS OF DECLARATION RE NON OPPOSITION | 11.25 |
| 08/25/10 | JANNEY & JANNEY MESSENGER CHARGES FOR RUSH DELIVERY OF NOTICE OF CORRECTION | 4.54 |
| 08/26/10 | JANNEY & JANNEY MESSENGER CHARGES FOR FILING ORDER GRANTING MOTION FOR EXTENSION AND DECLARATION RE SAME | 4.54 |
| | TOTAL COSTS AND DISBURSEMENTS | $ 1,351.20 |
| | REDUCED TO | $ 1,198.65 |

EXHIBIT 1  PAGE 7

| In re: | | CHAPTER: 11 |
|---|---|---|
| **EVANS DEDICATED SYSTEMS, INC.** | | |
| | Debtor(s). | CASE NUMBER: 10-10354 TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

650 Town Center Drive, Suite 950, Costa Mesa, California 92626

A true and correct copy of the foregoing document described **NOTICE OF PROFESSIONAL FEE STATEMENT AND PROFESSIONAL FEE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **September 27, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☑ Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On **September 27, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☑ Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 27, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Theodor Donovan, 255 East Temple, Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 27, 2010 | Kelly M. Rivera | /s/ Kelly Rivera |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
0.0

F 9013-3.1

## SERVICE LIST

UNITED STATES TRUSTEE
ERNST & YOUNG PLAZA
725 SOUTH FIGUEROA ST., 26TH FL.
LOS ANGELES, CA 90017

MR. WILLIAM CULBERTSON
EVANS DEDICATED SYSTEMS, INC.
6279 E. SLAUSON AVE, SUITE 205
LOS ANGELES, CALIFORNIA
90040-3039
**DEBTOR**

**REQUEST FOR SPECIAL NOTICE**
JAMES E. TIEMSTRA
LAW OFFICES OF JAMES A.
TIEMSTRA
TRIBUNE TOWER
409 THIRTEENTH ST., 15TH FLOOR
OAKLAND, CA 94612-2605
**ATTORNEYS FOR CREDITOR
ENG MOTOR TRUCK CO. DBA
ENGS COMMERCIAL FINANCE**

**20 LARGEST UNSECURED CREDITORS**
ABC BATTERY
ATTN: LYNN SHEEK
10810 GARFIELD AVE.
SOUTH GATE, CA 90280

ALTERNATIVE HOSE, INC.
ATTN: JULIE CASEY
1251 SUNSHINE WAY
ANAHEIM, CA 92806

AMERICAN MOVING PARTS
ATTN: ARELY BORJA
695 S. SANTA FE AVE.
LOS ANGELES, CA 90021

ANTONIO M. LAWSON, ESQ.
160 FRANKLIN STREET, SUITE 204
OAKLAND, CA 94607

ARAMARK UNIFORM SERVICES
ATTN: ACCOUNT RECEIVABLE
115 N FIRST STREET
BURBANK, CA 91502

BEALL CORPORATION
ATTN: CHERYL DAVIDOVICH
P.O. BOX 4687
PORTLAND, OR 97208-4687

BRIDGESTONE AMERICAS
ATTN: ACCOUNTS RECEIVABLE
P.O. BOX 100411
PASADENA, CA 91189-0411

DRAKE SUPPLY COMPANY
ATTN: TAMMY CARMONA
3006 RED HAT LANE
CITY OF INDUSTRY, CA 90601

FRANKLIN TRUCK PARTS, INC.
ATTN: BECKY TANNER
6925 BANDINI BLVD.
COMMERCE, CA 90040

INLAND KENWORTH, INC.
ATTN: MARTHA MEDEI
9730 CHERRY AVENUE
FONTANA, CA 92355

J & L TANK COMPANY
ATTN: PATTY MICISCHIA
5415 MARTIN L. KING BLVD.
LYNWOOD, CA 90262

JERRY N. BUDIN, ESQ.
2401 E. ORANGEBURG AVE.
SUITE 675-309
MODESTO, CA 95355

LOS ANGELES FREIGHTLINER
ATTN: MARTHA SERRANO
P.O. BOX 60816
LOS ANGELES, CA 90060-0816

MICHELIN NORTH AMERICA, INC
ATTN: MAIA PEROTT
12398 COLLECTIONS CENTER DR.
CHICAGO, IL 06069-3000

PARAMOUNT TANK, INC.
ATTN: LOTTIE SANGER
14066 ORANGE AVE.
PARAMOUNT, CA 90723

PARKHOUSE TIRE, INC.
ATTN: TERRY ESTRADA
P.O. BOX 2430
BELL GARDENS, CA 90202

SOURCEONE OFFICE PRODUCTS
ATTN: ED GERBERSHAGEN
12434 BELLFLOWER BLVD.
DOWNEY, CA 90242

UNIFIRST CORPORATION
ATTN: ACCOUNTS RECEIVABLE
16434 PIONEER BLVD.
NORWALK, CA 90650

WELD-IT INDUSTRIES
ATTN: MICHELL
4477 SHIELA STREET
LOS ANGELES, CA 90023

WESTERN PACIFIC PRODUCTS, INC.
ATTN: KIM HARRIS
2286 DEL MONTE STREET
W SACRAMENTO, CA 95691

**Electronic Mail Notice List**

Kyra E Andrassy     kandrassy@wgllp.com
Beth Gaschen     bgaschen@wgllp.com
Dare Law     dare.law@usdoj.gov
Donna T Parkinson     donna@parkinsonphinney.com
Evan D Smiley     esmiley@wgllp.com
James A Tiemstra     jat@tiemlaw.com, sml@tiemlaw.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov